United States Attorney
District of New Mexico

Stephen R. Kotz
Assistant U.S. Attorney
PO Box 607
Albuquerque, NM 87103
Telephone (505) 346-7274



**OFFICIAL RECORDS OF PINAL COUNTY RECORDER LAURA DEAN-LYTLE**

05 AUG 29 PM 2:55

CLERK-ALBUQUERQUE

DATE/TIME: 08/25/05 1400
FEE: $0.00
PAGES: 2
FEE NUMBER: 2005-110690

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| United States of America, Plaintiff, v. Dave Reid, et al. Defendants. | CRIMINAL NO. 05-1849  <br><br>**LIS PENDENS** |

Notice is hereby given that the above-captioned criminal action has been commenced and is now pending in the United States District Court for the District of New Mexico between the above-named parties.

The property to be forfeited by reason of the foregoing and pursuant to the provisions contained in and to which this <u>Lis Pendens</u> refers, is described as follows:

Property commonly known as 9227 West Weaver Circle, Casa Grande, Arizona and more specifically described as:

> SITUATED IN PINAL COUNTY, ARIZONA TO WIT: LOT 2, OF WEAVER RANCH UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, IN CABINET C OF MAPS, SLIDE 174.

For further information concerning this action, reference may be made to the records of

the Clerk of the Court for the United States District Court for the District of New Mexico, Pete

V. Domenici U.S. Courthouse, 333 Lomas Boulevard NW, Suite 270, Albuquerque, New



Mexico 87102.

Dated this 23 day of August, 2005.

                                            David C. Iglesias
                                            United States Attorney
                                            District of New Mexico

                                            Stephen R. Kotz
                                            Assistant U.S. Attorney
                                            Telephone: (505) 346-7274, Ext.1464
                                            Fax: (505)346-7296.

Signed and sworn to before me this 23 day
of August, 2005 by Stephen R. Kotz
in Bernalillo County, New Mexico.

_____
NOTARY PUBLIC



OFFICIAL SEAL
Alberta T. Lux
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4/2/2007

My Commission Expires:
4/2/2007