IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

05 AUG 30 PM 2: 52

CLERK-ALBUQUERQUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DANA JARVIS, a/k/a Todd Ward, | ) | CRIMINAL NO. 05- 1849 JH |
| AYLA JARVIS, | ) | |
| JORGE LUIS ORTIZ-MOFFETT, | ) | Count 1: 21 U.S.C. § 846 – |
| MIKE HANNAH, | ) | Conspiracy to Distribute 1000 |
| RALPH GREENE, a/k/a "RB," | ) | Kilograms and More of Marijuana; |
| GEORGE RIPLEY, | ) | |
| CATHY FITZGERALD, | ) | Count 2: 21 U.S.C. § 848 – |
| DAVID REID, | ) | Continuing Criminal Enterprise; |
| PAT BERSSENBRUGGE, | ) | |
| BARBARA HANNA, | ) | Count 3: 18 U.S.C. § 1956(h) – |
| GEORGE OSGOOD, a/k/a "Mushroom George," | ) | Conspiracy to Launder Money; |
| GREG HILL, | ) | Counts 4 - 26: 18 U.S.C. |
| GENO BERTHOD, a/k/a "Old Man," | ) | §§ 1956(a)(1)(A)(i) and (a)(1)(B(i) – |
| RUSSELL TRUJILLO, a/k/a "Rusty," | ) | Money Laundering; |
| MATTHEW HOTTHAN, a/k/a "Matrix," | ) | |
| MANUEL GIL, a/k/a "Manny," | ) | 18 U.S.C. § 982 and 21 U.S.C. |
| SAM JONES, | ) | § 853: Criminal Forfeiture. |
| SALVADOR ABEYTA, | | |
| BILL JONES, a/k/a Charles Johns | | |
| MARY CANNANT, and | | |
| ADRIAN SANFORD, | | |
| Defendants. | | |

```
COUNTY OF SANTA FE      )         NOTICE OF LIS PENDENS
STATE OF NEW MEXICO     ) ss      PAGES: 2

I Hereby Certify That This Instrument Was Filed for
Record On The 25TH Day Of August, A.D., 2005 at 09 44
And Was Duly Recorded as Instrument # 1395129
Of The Records Of Santa Fe County

                         Witness My Hand And Seal Of Office
                                            Valerie Espinoza
Deputy _____      County Clerk, Santa Fe, NM
```

**NOTICE OF LIS PENDENS**

On August 23, 2005, the United States filed a criminal indictment in the United States District Court for the District of New Mexico in the above captioned case. The property located

1

at 3 Dovela Place, Santa Fe, New Mexico, was criminally indicted in this case and the United States is seeking the forfeiture of all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. The property is more particularly described as follows:

> Lot 2, Block 6, Eldorado at Santa Fe Subdivision, Unit 2 as shown on the Plat filed in the Office of the County Clerk, Santa Fe County, New Mexico on July 10, 1972, recorded in Plat Book 26, Pages 29-34, as Document No. 344,885.
>
> The record owner of the defendant property is Eileen M. Fitzgerald.

Title 21, United States Code, Section 853(k) states no party claiming and interest in property subject to forfeiture may commence an action against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court for the District of New Mexico, located in Albuquerque, New Mexico.

This Notice of Lis Pendens is filed pursuant to Section 38-1-14, N.M.S.A., 1978.

DAVID C. IGLESIAS
**United States Attorney**

By: _____
Stephen R. Kotz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274, Ext.1464
Fax: (505)346-7296

Signed and sworn to before me this 23 day of August, 2005 by Stephen R. Kotz in Bernalillo County, New Mexico.

_____
NOTARY PUBLIC

My Commission Expires: 4/2/2007



OFFICIAL SEAL
Alberta T. Lux
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4/2/2007

2