# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SANDOVAL COUNTY
200532547
05 AUG 30 PM 2:52

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | CRIMINAL NO. 05-1849 JH |
| DANA JARVIS, a/k/a Todd Ward, ) | |
| AYLA JARVIS, ) | Count 1: 21 U.S.C. § 846 – |
| JORGE LUIS ORTIZ-MOFFETT, ) | Conspiracy to Distribute 1000 |
| MIKE HANNAH, ) | Kilograms and More of Marijuana; |
| RALPH GREENE, a/k/a "RB," ) | |
| GEORGE RIPLEY, ) | Count 2: 21 U.S.C. § 848 – |
| CATHY FITZGERALD, ) | Continuing Criminal Enterprise; |
| DAVID REID, ) | |
| PAT BERSSENBRUGGE, ) | Count 3: 18 U.S.C. § 1956(h) – |
| BARBARA HANNA, ) | Conspiracy to Launder Money; |
| GEORGE OSGOOD, a/k/a "Mushroom George," ) | |
| GREG HILL, ) | Counts 4 - 26: 18 U.S.C. |
| GENO BERTHOD, a/k/a "Old Man," ) | §§ 1956(a)(1)(A)(i) and (a)(1)(B(i) – |
| RUSSELL TRUJILLO, a/k/a "Rusty," ) | Money Laundering; |
| MATTHEW HOTTHAN, a/k/a "Matrix," ) | |
| MANUEL GIL, a/k/a "Manny," ) | 18 U.S.C. § 982 and 21 U.S.C. |
| SAM JONES, ) | § 853: Criminal Forfeiture. |
| SALVADOR ABEYTA, ) | |
| BILL JONES, a/k/a Charles Johnston, ) | |
| MARY CANNANT, and ) | |
| ADRIAN SANFORD, ) | |
| Defendants. ) | |

## NOTICE OF LIS PENDENS

On August 23, 2005, the United States filed a criminal indictment in the United States District Court for the District of New Mexico in the above captioned case. The property located



1

at 1440 Calle Cielo Vista, Bernalillo, New Mexico 87004, was criminally indicted in this case and the United States is seeking the forfeiture of all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. The property is more particularly described as follows:

> TRACT LETTERED "C", OF SCHLAKS ADDITION, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT ENTITLED "TRACTS A THROUGH D, SCHLAKS ADDITION, SANDOVAL COUNTY, NEW MEXICO", FILED IN THE OFFICE OF THE COUNTY CLERK OF SANDOVAL COUNTY, NEW MEXICO ON JULY 17, 1978, IN PLAT BOOK 2, FOLIO 237-B. APN: 6480.

The record owner of the defendant property is Dana Jarvis.

Title 21, United States Code, Section 853(k) states no party claiming and interest in property subject to forfeiture may commence an action against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court for the District of New Mexico, located in Albuquerque, New Mexico.

This Notice of Lis Pendens is filed pursuant to Section 38-1-14, N.M.S.A., 1978.

```
SANDOVAL COUNTY
  20053254'/
Book- 402 Page- 2354
   2 of  3
08/25/2005 06:32:04 AM
```

2

DAVID C. IGLESIAS
**United States Attorney**

By: _____
Stephen R. Kotz
*Assistant U.S. Attorney*
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274, Ext.1464
Fax: (505)346-7296

Signed and sworn to before me this **23** day of August, 2005 by Stephen R. Kotz in Bernalillo County, New Mexico.

_____
NOTARY PUBLIC

My Commission Expires:

4/2/2007

OFFICIAL SEAL
Alberta T. Lux
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires 4/2/2007

SANDOVAL COUNTY
200532547
Book- 408 Page- 30147
3 of 3
08/25/2005 08:32:18 AM

D:\Green River\Lis Pendens\Crim1440CalleCieloVista.wpd

3