# United States District Court
## *District of New Mexico*

DISTRICT OF     NEW MEXICO

UNITED STATES OF AMERICA

V.

MICHAEL HOTTHAN
*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 05CR1849 JH

Upon motion of the __UNITED STATES OF AMERICA__, it is ORDERED that a detention hearing is set for __Monday, 9/12/05__ *at __9:30 a.m.__
                                           *Date*                                         *Time*

before __Richard L. Puglisi, U.S. Magistrate Judge__
*Name of Judicial Officer*

__Albuquerque, New Mexico__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
*Other Custodial Official*

Date: __September 9, 2005__       *Judicial Officer*  /s/ Don J. Svet, U.S. Magistrate Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.