

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FILED

05 OCT -4 PM 2:48

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | CRIMINAL NO. 05-1849 JH |
| MANUEL VINCENTE GIL-VAZQUEZ, | |
| Defendant. | |

## NOTICE OF LIS PENDENS

On September 7, 2005, an Appearance Bond was filed in the United States District Court for the District of New Mexico in the captioned case.

Pursuant to this pleading, the following described real estate in Torrance County, New Mexico, is subject to forfeiture to the United States:

Lot designated Forty-one-A (41-A), being a portion of Lot numbered Forty-one (41) situate within Section Two (2), Township Eight (8) North, Range Eight (8) East, N.M.P.M., of MORIARTY ESTATES, a Subdivision, as the same is shown and designated on that certain Plat entitled "Land Division of Lot 41, Moriarty Estates Subdivision", prepared by Timothy Ray Oden, N.M.R.P.L.S. #8667 on October 10, 1986, filed for record on October 21, 1986 at 2:21 o'clock, P.M., as Document Number 72579, and filed in Cabinet "H", Slide 61, Plat Records of Torrance County, New Mexico.

Subject to easements, reservations, restrictions, and rights of way of record.

This Notice of Lis Pendens is filed pursuant to Section 38-1-14, N.M.S.A., 1978.



DAVID C. IGLESIAS
**United States Attorney**

By: /s/ Stephen R. Kotz
Stephen R. Kotz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-1464
Fax: (505)346-7296

Signed and sworn to before me this 28th day
of September, 2005, by Stephen R. Kotz
in Bernalillo County, New Mexico.

/s/ Alberta J. Lux
NOTARY PUBLIC

OFFICIAL SEAL
Alberta T. Lux
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4/2/2007

My Commission Expires:

4/2/2007

D:\Green River\Lis Pendens\LPBondForf41-A Torrance.wpd

2