# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

FILED

05 OCT -4 PM 2:47

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                CRIMINAL NO. 05-1849 JH

DANA JARVIS, ET AL.,

    Defendant.

## NOTICE OF LIS PENDENS

On August 23, 2005, the United States filed a criminal indictment in the United States District Court for the District of New Mexico in the above captioned case. The property located at 67 Willow, Santa Fe, New Mexico was criminally indicted in this case (as 28 Quail Run, Santa Fe, New Mexico), and the United States is seeking the forfeiture of all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. The property is more particularly described as follows:

    SE 1/4 SE 1/4 NE 1/4 SW 1/4 of Section 31, Township 15 North, Range 9 East, N.M.P.M., Santa Fe County, New Mexico.

    SUBJECT TO: Reservations, restrictions, and easements of record.

This Notice of Lis Pendens is filed pursuant to Section 38-1-14, N.M.S.A., 1978.

NOTICE OF LIS PENDENS
PAGES: 2

COUNTY OF SANTA FE   )
STATE OF NEW MEXICO  ) ss

Hereby Certify That This Instrument Was Filed for record On The 30TH Day Of September, A.D., 2005 at 11:36 and Was Duly Recorded as Instrument # **1400886** of The Records Of Santa Fe County

Witness My Hand And Seal Of Office
Valerie Espinoza
Deputy _____ County Clerk, Santa Fe, NM

DAVID C. IGLESIAS
United States Attorney

By: _____
Stephen R. Kotz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-1464
Fax: (505)346-7296

Signed and sworn to before me this 28 day of September, 2005, by Stephen R. Kotz in Bernalillo County, New Mexico.

_____
NOTARY PUBLIC



OFFICIAL SEAL
Alberta T. Lux
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4/2/2007

My Commission Expires:

4/2/2007

D:\Green River\Lis Pendens\67WillowQuailRun.wpd

2