109 (2/90) Seizure Warrant

# *United States District Court*

DISTRICT OF

NEW MEXICO

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)
New Mexico Liquor License No. 2599, in the name of Club Rhythm
and Blues, located at 3523 Central N.E., Albuquerque, New Mexico,
owned by Dana Jarvis

SEIZURE WARRANT

CASE NUMBER:

05M520

To: Richard Stark and any Authorized Officer of the United States

Affidavit(s) having been made before me by Richard Stark who has reason to
<span style="font-size:smaller">Affiant</span>

believe that in the Judicial District of New Mexico, there is now
certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)
New Mexico Liquor License No. 2599, in the name of Club Rhythm and Blues, located at 3523 Central N.E.,
Albuquerque, New Mexico, owned by Dana Jarvis

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject
to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure
(in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), ~~and~~
leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property
seized and promptly return this warrant to _____
<span style="font-size:smaller">U.S. Magistrate Judge</span>

as required by law.

8/24/05    1 :30 p.m.    at    Rb a, NM
Date and Time Issued                        City and State

United States Magistrate Judge
Alan C. Torgerson
Name and Title of Judicial Judge    Signature of Judicial Officer