**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 19 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITES STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                       Criminal No. 05-1849 JH

MARY CANANT, ET. Al.,

    Defendant.

### ORDER MODIFYING DEFENDANT CANANT'S CONDITIONS OF RELEASE

THIS MATTER having come before the Court upon defendant MARY CANANT'S Motion to Modify Conditions of Release and the Court being fully advised that neither the Government nor Pretrial Services have objection to the requested modification;

IT IS HEREBY ORDERED that the Conditions of Release set for Defendant Mary Canant and filed on August 29, 2005 shall be modified to remove the requirement of electronic monitoring. All other conditions shall remain in effect, except as allowed by Pretrial Services.

                                                  United States Magistrate Judge

Approved Telephonically:
Gina Bauman, Pretrial Services Officer
James Braun, Assistant U. S. Attorney
Submitted By:   Ann Steinmetz, Attorney for Canant
                   P.O. Box 4305
                   Alb., NM 87196
                   (505) 344-9515

