IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



**FILED**
at Santa Fe, NM
DEC 19 2005
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANA JARVIS, et al.,<br><br>    Defendants. | Case No.: CR05-1849 JH |

### ORDER PERMITTING DEFENDANT REID TO REMAIN OUT OF STATE UNTIL JANUARY 5, 2006

THIS MATTER, having come before the Court on the motion of Defendant Reid to permit him to remain in Oregon until January 5, 2006, and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** permitting Defendant Reid to remain in Oregon until January 5, 2006.

**IT IS FURTHER ORDERED** that in all other aspects, the terms and conditions of Defendant Reid's release shall remain the same.

DATED this 19th day of December, 2005.

_____
Honorable Judith C. Herrera
Judge of the U.S. District Court

282