FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN - 5 2006

MATTHEW J. DYKMAN
CLERK

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.　　　　　　　　　　　　　　　　　　No. CR 05-1849 JH

AYLA JARVIS,

      Defendant.

### ORDER GRANTING DEFENDANT AYLA JARVIS' UNOPPOSED MOTION FOR PLACEMENT AT LA PASADA HALF-WAY HOUSE

THIS MATTER having come before the Court on Defendant Ayla Jarvis' Unopposed Motion for Placement at La Pasada Half-Way House, and the Court having considered said motion and noting the concurrence of the Government, and otherwise being fully advised in the circumstances;

IT IS HEREBY ORDERED that the Defendant Ayla Jarvis be released to the La Pasada Half-Way House as soon as practicable;

IT IS FURTHER ORDERED that the Defendant Ayla Jarvis comply with all conditions of release as established by the Court and Pre-Trial Services, and comply with the following specific conditions:

1. Report to Pre-Trial Services as directed;
2. Maintain an Educational Program;
3. Travel restricted to Bernalillo County unless authorized by Pre-Trial Services;
4. No Contact with Co-Defendants or Witnesses;
5. No use or consumption of alcoholic beverages;

6. No use of drugs or controlled substances, unless prescribed by a doctor;

7. Random urine testing;

8. Drug treatment as deemed appropriate.

_____
U.S. MAGISTRATE COURT JUDGE

SUBMITTED:

_____
JOHN F. ROBBENHAAR
Attorney for Defendant Ayla Jarvis

APPROVED:

Telephonically on January 4, 2006
JAMES BRAUN
Assistant United States Attorney