**UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO**

*Before the Honorable Judith C. Herrera
United States District Judge*

Clerk's Minutes

Case No.: CR 04-1849 BB          Date: January 19, 2006

Title:    USA v. Dana Jarvis

Courtroom Clerk:  Lincoln Sorrell

Court Reporter:  Paul Baca

(x) Albuquerque   ( ) Las Cruces   ( ) Santa Fe   ( ) Roswell          ___ Bench warrant ordered

Type of Proceeding:    Motion for New Counsel by Judith Rosenstein

ATTORNEYS PRESENT:
*Plaintiff(s)*:                                              *Defendant(s)*:
James Braun, Steve Kotz                         Judith Rosenstein

**PROCEEDINGS:**

| | |
|---|---|
| 11:06 a.m. | Court in session; Ms. Rosenstein states her case for wanting to be withdrawn from representing Mr. Jarvis. |
| 11:09 a.m. | No objection by the Government; Court grants motion for new counsel and refers the matter to the magistrate judge section to appoint new counsel. |
| 11:11 a.m. | Court in recess. |

*Honorable Bruce D. Black*                    *- Page 1 -*                             *Clerk's Minutes*