**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

FILED
at Santa Fe, NM

FEB - 1 2006

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

DANA JARVIS, et al.,

                Defendants.

Case No.: CR05-1849 JH

## ORDER PERMITTING DEFENDANT REID TO FLY AN AIRCRAFT ON FEBRUARY 1, 2006 IN ELOY, ARIZONA

THIS MATTER, having come before the Court on the motion of Defendant Reid to permit him to fly an aircraft on February 1, 2006 in Case Grande, Arizona, and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** permitting Defendant Reid to fly an aircraft in Eloy Arizona for Turn Key Homes, Inc. on February 1, 2006. The flight shall depart from the Casa Grande Airport on February 1, 2006 and return back to the same airport no later than two hours after its departure absent any unforeseen circumstances.

/ / /

/ / /

/ / /



**IT IS FURTHER ORDERED** in all other aspects, the terms and conditions of Defendant Reid's release shall remain the same.

DATED this 31 day of ~~February~~ January, 2006.

_Judith C. Herrera_
Honorable Judith C. Herrera
Judge of the U.S. District Court

- 2 -