IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED at Santa Fe, NM
FEB 10 2006
MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANA JARVIS, et al.,

    Defendants.

Case No.: CR05-1849 JH

## ORDER PERMITTING DEFENDANT REID TO FLY AN AIRCRAFT ON FEBRUARY 13, 2006 FROM CASA GRANDE, ARIZONA

THIS MATTER, having come before the Court on the motion of Defendant Reid to permit him to fly an aircraft on February 13, 2006 from Case Grande, Arizona to Cottonwood, Arizona, and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** permitting Defendant Reid to fly an aircraft from Casa Grande, Arizona to Cottonwood, Arizona for Turn Key Homes, Inc. on February 13, 2006. The flight shall depart from the Casa Grande Airport on February 13, 2006 and return back to the same airport no later than three hours after its departure absent any unforeseen circumstances.

/ / /

/ / /

/ / /



**IT IS FURTHER ORDERED** in all other aspects, the terms and conditions of Defendant Reid's release shall remain the same.

DATED this _10th_ day of February, 2006.

_____
Honorable Judith C. Herrera
Judge of the U.S. District Court