IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                             CR NO. 05-1849 JH

DANA JARVIS, et al.,

    Defendants.

## ORDER RESETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court upon the Defendants' Unopposed Motion to Continue the Deadline to Submit Pre-Trial Motions [364], filed March 3, 2006. The Court, having carefully reviewed the motion and being otherwise fully advised in the premises, finds the motion well-taken.

**WHEREFORE,**

**IT IS ORDERED THAT** the motions filing deadline is hereby extended until **June 16, 2006.**

**IT IS FURTHER ORDERED** that the Government's response or responses to such motions shall be filed on or before **August 4, 2006.**

**FINALLY, IT IS ORDERED** that a single reply to each Government response be filed on behalf of the filing defendant and any joining defendants on or before **August 18, 2006.**

_____
United States District Judge