IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 27 2006

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Criminal No. 05-1849 JH

MIKE HANNAH

    Defendant.

## UNOPPOSED ORDER MODIFYING CONDITIONS OF RELEASE

THE COURT, having considered the in-court Motion by Defendant Mike Hannah to modify the conditions of his pre-trial release and there being no opposition from counsel for the United States Attorney, Assistant James R.W. Braun;

NOW THEREFORE IT IS ORDERED that the conditions of Defendant Mike Hannah's release are hereby modified to eliminate the previously imposed requirement that Mr. Hannah submit to electronic supervision while he is admitted to pre-trial release and the requirement for electronic supervision is hereby VACATED;

IT IS FURTHER ORDERED that all other conditions of pre-trial release shall remain in effect.

IT IS SO ORDERED.

*Robert H. Scott*  3-27-06
THE HONORABLE ROBERT H. SCOTT
UNITED STATES MAGISTRATE COURT JUDGE

Submitted by:

Brian A. Pori, Counsel for Defendant Mike Hannah
Telephonic Approval 3/24/06
AUSA James R.W. Braun, Counsel for the United States

386