IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM
APR 28 2006
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 JH |
| ) | |
| DANA JARVIS a/k/a Todd Ward, ) | |
| AYLA JARVIS, ) | |
| BENJAMIN SWENTNICKAS a/k/a ) | |
| "Doc," ) | |
| DENNIS WILSON a/k/a "Big Dennis," ) | |
| GEORGE RIPLEY, ) | |
| DAVID REID, ) | |
| JOHN PATRICIO NIETO a/k/a ) | |
| "Townman" a/k/a "Big John," ) | |
| LLOYD MONTOYA a/k/a "Smiley," ) | |
| GEORGE OSGOOD a/k/a "Mushroom ) | |
| George," ) | |
| GREG HILL, ) | |
| GENO BERTHOD a/k/a "Old Man," ) | |
| RUSSELL TRUJILLO a/k/a "Rusty," ) | |
| MATTHEW HOTHAN a/k/a "Matrix," ) | |
| MANUEL GIL a/k/a "Manny," ) | |
| MELANIA KIRWIN a/k/a Mila Kirwin, ) | |
| HOLLY BRUNER a/k/a "Q," ) | |
| SAM JONES, ) | |
| BILL JONES a/k/a Charles Johnston, ) | |
| DAKOTA FITZNER, ) | |
| RAFAL MISTRZAK, ) | |
| MARY CANNANT, and ) | |
| ADRIAN SANFORD, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO UNSEAL INDICTMENT

COMES NOW the United States of America, by and through David C. Iglesias, United

States Attorney for the District of New Mexico, and James R.W. Braun, Assistant United States

Attorney for said District, and moves the Court for an order unsealing the Superseding Indictment in this case and as grounds therefore states:

1. On April 25, 2006, the grand jury returned a superseding indictment in this case charging eight additional defendants, for whom arrest warrants were issued.

2. All eight of those additional defendants were taken into custody on April 27, 2006, pursuant to the above-referenced warrants and unsealing is now required so that all of the defendants named in the superseding indictment may be arraigned.

Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney

JAMES R.W. BRAUN
Assistant United States Attorney
P.O. Box 607
Albuquerque, N. M. 87103
(505) 346-7274