IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
At Albuquerque NM
APR 2 8 2006
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 JH |
| ) | |
| DANA JARVIS a/k/a Todd Ward, ) | |
| AYLA JARVIS, ) | |
| BENJAMIN SWENTNICKAS a/k/a ) | |
| "Doc," ) | |
| DENNIS WILSON a/k/a "Big Dennis," ) | |
| GEORGE RIPLEY, ) | |
| DAVID REID, ) | |
| JOHN PATRICIO NIETO a/k/a ) | |
| "Townman" a/k/a "Big John," ) | |
| LLOYD MONTOYA a/k/a "Smiley," ) | |
| GEORGE OSGOOD a/k/a "Mushroom ) | |
| George," ) | |
| GREG HILL, ) | |
| GENO BERTHOD a/k/a "Old Man," ) | |
| RUSSELL TRUJILLO a/k/a "Rusty," ) | |
| MATTHEW HOTHAN a/k/a "Matrix," ) | |
| MANUEL GIL a/k/a "Manny," ) | |
| MELANIA KIRWIN a/k/a Mila Kirwin, ) | |
| HOLLY BRUNER a/k/a "Q," ) | |
| SAM JONES, ) | |
| BILL JONES a/k/a Charles Johnston, ) | |
| DAKOTA FITZNER, ) | |
| RAFAL MISTRZAK, ) | |
| MARY CANNANT, and ) | |
| ADRIAN SANFORD, ) | |
| ) | |
| Defendants. ) | |

## ORDER UNSEALING INDICTMENT

THIS MATTER having come before the Court upon the motion of the United States, and the Court having reviewed said motion and being otherwise fully advised in the premises, finds



that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the superseding indictment in this case is hereby unsealed.

_Robert H. Scott  4.28.06_
UNITED STATES MAGISTRATE JUDGE