**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: CR-05-1849 |
| DEFENDANT: U.S. v. Jarvis, et al. | TYPE OF PROCESS: Final Disposition |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephen R. Kotz
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103

Number of process to be served with this Form - 285: 1

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

05-DEA-456958

1. As per the attached Mutual Release and Settlement Agreement the United States will return the blue Chevrolet pickup truck VIN 2GCEK19K1P1150157 to Eileen Fitzgerald. Please contact Mark A. Ernest, Esq., (505) 988-8048 to make arrangements.

2. The United States will forfeit the five firearms. Please dispose according to law. 05-DEA-465153

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF
TELEPHONE NUMBER: (505) 346-7274
DATE: 12/20/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

Date: 12/21/05

Date of Service: 4/18/06

REMARKS: 12/29/05 — CHEV P/U RELEASED TO EILEEN FITZGERALD
4/18/06 — WEAPONS CRUSHED

446

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285