# UNITED STATES DISTRICT COURT
## District of New Mexico

FILED

06 MAY 17 PM 1:42

CLERK ALBUQUERQUE

UNITED STATES OF AMERICA,)
)
Plaintiff, )
)
vs. )   Number: CR-05-1849 JH
)
RAFAL MISTRZAK, )
)
Defendant. )

## ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

COMES NOW, Rudolph B. Chavez, and hereby enters his appearance on behalf of the Defendant, Rafal Mistrzak, in substitution of court-appointed attorney, Hank Farrah, in the above entitled and numbered cause.

Respectfully Submitted,

RUDOLPH B. CHAVEZ
Attorney for Defendant
2014 Central Ave. SW
Albuquerque, NM 87104
(505) 242-5500

I hereby certify that a true
and correct copy of the foregoing
was mailed to all parties of
record this 17th day of
May, 2006.

RUDOLPH B. CHAVEZ

491