IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

JUN - 8 2006

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR. No. 05-1849 JH |
| DANA JARVIS, et al. | ) |
| Defendant. | ) |

### ORDER LIFTING PROTECTIVE ORDER

This matter comes before the Court on the motion of the United States to lift the protective order regarding Monroe Bank Account number 42699961, in the name of Player's Club Inc., located in Bloomington, Indiana. The Court has reviewed the motion and is fully advised in the premises.

The restraining order entered on August 25, 2005 regarding the above named bank account is hereby lifted and the account is released.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

/s/
_____
STEPHEN R. KOTZ
Assistant U.S. Attorney

515