IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: CR 05 1849 JH |
| ) | |
| DENNIS WILSON, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

The Defendant, Dennis Wilson, by his attorney, Robert J. Gorence of Gorence & Oliveros, P.C., pursuant to 18 U.S.C. § 3145 (c) and 28 U.S.C. § 1291 hereby provides notice of his appeal to the Tenth Circuit Court of Appeals of the denial of his appeal of his order of detention entered May 17, 2006.  The district court entered its order orally on June 1, 2006.  Mr. Wilson appeals from all of the findings made by the district court on June 1, 2006 as well as the order detaining Mr. Wilson pending trial.

                   Respectfully submitted,

                   Electronically filed: 06/09/06
                   Robert J. Gorence
                   Gorence & Oliveros, P.C.
                   Attorneys for Defendant Dennis Wilson
                   201 12th Street NW
                   Albuquerque, NM 87102
                   (505)  244-0214   Fax (505) 244-0888

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been faxed to AUSA James R.W. Braun this 9th day of June, 2006.

Electronically filed: 06/09/06
ROBERT J. GORENCE