**FILED**

IN THE UNITED STATES DISTRICT COURT  UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FOR THE DISTRICT OF NEW MEXICO

JUN 1 5 2006

MATTHEW J. DYKMAN
CLERK

United States of America,

             Plaintiff,

                                    No. 05CR01849JH

      -vs-

Salvador Abcyta

             Defendant.

**ORDER MODIFYING CONDITIONS OF RELEASE**

      IT IS HEREBY ORDERED that the defendant's Order Setting Conditions of Release dated September 22, 2005, be modified as follows:

1)     The defendant shall be required to install at his own expense, an interlock alcohol detection device in his vehicle until further notice, and abide by all rules and regulations of that program.

2)     All other conditions of release shall remain in full force.

_____
**Honorable Judith C. Herrera**
**U.S. District Judge**

527