**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 7 2006

MATTHEW J. DYKMAN
CLERK

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR05-1849 JH |
| Plaintiff, | |
| vs. | |
| DANA JARVIS, et al., | |
| Defendants. | |

### ORDER PERMITTING DEFENDANT REID TO FLY AN AIRCRAFT JUNE 27, 2006 THROUGH JULY 10, 2006

THIS MATTER, having come before the Court on the motion of Defendant Reid to permit him to fly an aircraft June 27, 2006 through July 10, 2006 from the Deer Valley Airport, Arizona to Klamath Falls, Oregon and then returning to the Deer Valley Airport and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** permitting Defendant Reid to fly an aircraft from June 27, 2006 through July 10, 2006 from the Deer Valley Airport, Arizona to Klamath Falls, Oregon and then returning to the Deer Valley Airport for David Lanman. The flight shall depart from the Deer Valley Airport on June 27, 2006 and return back to the same airport no later than July 10, 2006 absent any unforeseen circumstances.

///

///

**IT IS FURTHER ORDERED** in all other aspects, the terms and conditions of Defendant Reid's release shall remain the same.

DATED this 26th day of June, 2006.

Honorable Judith C. Herrera
Judge of the U.S. District Court