IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 11 2006

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: CR 05 1849 JH |
| ) | |
| DENNIS WILSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER SETTING CONDITIONS OF RELEASE

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Set Conditions of Release in the above-captioned matter, and the Court having considered the motion and the grounds therefore, and being otherwise fully advised in the premises, FINDS that the motion is well taken, in the interest of justice, and should be GRANTED;

IT IS THEREFORE ORDERED that the following conditions of release are hereby imposed:

    a.    Mr. Wilson will undergo electronic monitoring as directed by Probation and Pretrial under the home detention program.

    b.    Mr. Wilson will stay gainfully employed with his son, Dennis Wilson, Jr., in the construction company that they own jointly.

    c.    Mr. Wilson agrees to post real estate with the Court in an amount of $100,000.00. It is the understanding of the parties that Dennis Wilson, Jr. will satisfy this requirement by posting two lots that are owned by the family in Taos County with the Court and that this will be done with a Special Warranty Deed no later than July 17, 2006.

566

      d.     Mr. Wilson agrees to limit his travel to Bernalillo County. If Mr. Wilson possesses a passport, he will relinquish it to U.S. Probation and Pretrial.

      e.     Mr. Wilson agrees to have no contact whatsoever with any of his co-defendants and/or witnesses in this case

      f.     Mr Wilson agrees that he will refrain from all non-prescribed drug and alcohol use while on conditions of release.

      g     Mr. Wilson agrees to participate in a drug and/or alcohol treatment program as deemed necessary by Probation and Pretrial Services.

      g.     Mr. Wilson concurs that all other standard conditions of release will also be imposed on the order setting conditions of release.

_____
THE HONORABLE ALAN C. TORGERSON
UNITED STATES MAGISTRATE JUDGE