Bank of America    Menu list    _ 8 X

Customer    Products    Administration    Help

REBECCA K WILSON - MORTGAGE CORP LOAN PROFILE

ADVANTAGE    +

## Loan Details - Account 7025090684

### Loan Information

| | |
|---|---|
| Account Type | CONVEN W/O INS |
| Original Property Value | $ 117,495 |
| Property Address | 1513 GSCHWIND PL SW |
| | ALBUQUERQUE NM 87121 |
| Cost Center Number | 173 |
| Investor Number | Y88 |
| Bank of America Associate | |

### Original Loan Terms

| | |
|---|---|
| Original Loan Amount | $ 30,300 |
| Opened Date | 06/02/03 |
| Maturity Date | 06/13 |
| Term in Months | 120 |
| Payments per Year | 12 |

OK    Help



EXHIBIT

A

**Bank of America Merlin\***     _ □ ×

Customer   Products   Administration   Help

REBECCA K WILSON - MORTGAGE CORP LOAN PROFILE

ADVANTAGE                                                                    +

**Account Number, Title and Address**

7025090684

REBECCA K WILSON

1513 GSCHWIND PL SW

ALBUQUERQUE NM 87121-8238

**Account Options**

( ● ) **Inquiry**        ( ○ ) Services

Address Info
Associate/Cost Center Info
Delinquency Info
Interest/Tax Info
Loan Details
Payment Info
Payoff Info
Related Customers
Status

Go To...

**Summary Information**

| Item | Details |
|---|---|
| Account Type | CONVEN W/O INS |
| Principal Balance | $22,966.96 |
| Original Loan Amount | $30,300.00 |
| Opened Date | 06/02/03 |
| Closed Date | 00/00/00 |
| Maturity Date | 06/13 |
| Payment Due Date | 07/17/06 |
| Total Current Payment | $331.18 |
| Total Amount Due | $0.00 |
| Rate Type | FIXED |
| Current Interest Rate | 5.60000% |
| Term in Months | 120 |
| Payments Per Year | 12 |
| Times Past Due | 0/30  0/60  0/90 |
| Bank of America Associate | |
| Cost Center | 173 |
| Tax ID Number | 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 |
| Status | OPEN |

Details...

✓ OK      Messages...      Cust Profile              ? Help



**EXHIBIT**

B