IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: CR 05 1849 JH |
| ) | |
| DENNIS WILSON, ) | |
| ) | |
| Defendant. ) | |

### JOINDER IN DEFENDANTS' JOINT MOTION TO COMPEL DISCOVERY RELATED TO THE INTERCEPTION OF ELECTRONIC COMMUNICATIONS

Defendant Dennis Wilson, by his attorney, Robert J. Gorence of Gorence & Oliveros, P.C., hereby joins in the motion filed by the CJA defendants on July 16, 2006, seeking to compel discovery related to the interception of electronic communications.

Respectfully submitted,

Electronically filed: 07/19/06
ROBERT J. GORENCE
Gorence & Oliveros, P.C.
Attorney for Defendant Dennis Wilson
201 12th Street, NW
Albuquerque, NM 87102
(505) 244-0214

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed, faxed, or electronically transmitted to AUSA James R.W. Brawn and to the following attached list of counsel this 19th day of July, 2006.

Electronically filed: 07/19/06
Robert J. Gorence

CERTIFICATE OF SERVICE

1.  Stephen D. Aarons - CJA
    Matthew Hothan - DEF
    PO Box 1027/ 300 Catron St
    Santa Fe, NM 87504-1027
    (505) 984-1100
    aar095@yahoo.com

2.  Penni Adrian - CJA
    Russell Trujillo - DEF
    Adrian & Associates PC
    P.O. Box 21576
    Albuquerque, NM 87154-1576
    (505) 944-1200
    penni@adrian-law.com

3.  Roberto Albertorio - CJA
    Lloyd Montoya - DEF
    P.O. Box 91387
    Albuquerque, NM 87199-1387
    (505) 924-3917
    ralbertorio@cabq.gov

4.  Zubair Aslamy - Retained
    David Reid - DEF
    Aslamy, Workman & Carpenter, P.C.
    1414 W. Broadway Road, Suite 122
    Tempe, Arizona 85282
    (480) 968-8700
    zaslamy@aslamylaw.com

    Jerry D. Herrera (Local counsel)
    620 Roma Ave., NW
    Albuquerque, NM 87102-2037
    (505) 262-1003
    jdhcrimlaw@cs.com

5.  Chuck Aspinwall - CJA
    John Patrick Nieto - DEF
    P.O. Box 984
    Los Lunas, NM 87031-0984
    873-8800
    legal_eagle@comcast.net

6.  Jason Bowles- CJA
    George Ripley - DEF
    PO Box 25186
    201 3rd NW, Ste. 1370
    Albuquerque, NM 87125-5186
    (505) 217-2680
    jason@bowlesandcrow.com

7.  Rudolph Chavez - RET
    Rafal Mistrzak - DEF
    2014 Central Ave., SW
    Albuquerque, NM 87104
    (505) 242-5500
    rbclaw@spinn.net

8.  Kari Converse - Retained
    Greg Hill - DEF
    2001 Carlisle Blvd., NE, Ste. E
    Albuquerque, NM 87110-4943
    (505) 262-8597
    kariconverse@earthlink.net

9   Robert Cooper - CJA
    Adrian Sanford - DEF
    1011 Lomas Blvd. NW
    Albuquerque, NM 87102
    (505) 842-8494
    bob@rrcooper.com

10. Gregory D'Antonio - Ret
    Benjamin Swentnickas - DEF
    P.O. Box 43306
    Tucson, AZ 85733-3306
    (702) 682-8353
    gregorydantonio@aol.com

11. Scott Davidson - Special Appointment
    Motions for all CJA Defendants
    1011 Lomas Blvd. NW
    Albuquerque, NM 87102
    (505) 366-4797
    scott@smdappellatelaw.com

12. Ken Gleria - CJA
    Holly Bruner - DEF
    1008 5th ST NW
    Albuquerque, NM 87102
    (505) 243-7843
    kgleria45@comcast.net or
    BLUEGHOST15@hotmail.com (Avery)

13. Todd Hotchkiss - CJA
    Dakota Fitzner - DEF
    P.O. Box 26807
    Albuquerque, NM 87125-6907
    (505) 247-8558
    tbhotchkiss@earthlink.net

14. Kirtan K. Khalsa - CJA
    Sam Jones - DEF
    Fine Law Firm
    812 Marquette, NW
    Albuquerque, NM 87102
    (505) 243-4541 or 243-4966 (home)
    kkhalsa@thefinelawfirm.com

15. Martin Lopez III - CJA
    Geno Berthod - DEF
    1500 Mountain Rd., NW
    Albuquerque, NM 87104-1359
    (505) 243-2900
    ML3LAW@aol.com or
    Jan5Her@aol.com

16. Timothy M. Padilla - Retained
    Manuel Gil-Vasquez - DEF
    Timothy M. Padilla & Associates
    1412 Lomas Blvd. NW
    Albuquerque, NM 87104-1236
    (505) 842-0392
    tmpad@juno.com or
    rhonda@lomaslawoffice.com

17. John Robbenhaar - CJA
    Ayla Jarvis - DEF
    1011 Lomas NW
    Albuquerque, NM 87102
    (505) 242-1950
    jrobbenhaar@lomaslaw.com

18. Joe M. Romero Jr. - CJA
    Dana Jarvis - DEF
    1905 Lomas Blvd. NW
    Albuquerque, NM 87104-1207
    (505) 843-9776
    joe@jromerolaw.com

19. John Samore - CJA
    Melania Kirwin - DEF
    P.O. Box 1993
    Albuquerque, NM 87103-1993
    (505) 244-0450
    samoreJFM@aol.com

20. Ann Steinmetz - CJA
    Mary Cannant - DEF
    Box 4305
    Albuquerque, NM 87196-4305
    (505) 344-9515
    annstnmtz@aol.com

Case 1:05-cr-01849-JCH    Document 582    Filed 07/19/06    Page 4 of 4