

# FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 0 9 2006

## UNITED STATES DISTRICT COURT
**District of New Mexico**
333 Lomas Boulevard N.W., Suite 710
Albuquerque, New Mexico 87102

# MATTHEW J. DYKMAN
## CLERK

**Judith C. Herrera**
District Judge

Telephone: (505) 348-2390
Facsimile: (505) 348-2395

July 13, 2006

Honorable Timothy M. Tymkovich
United States Circuit Judge
Byron White U.S. Courthouse
1823 Stout Street, Suite 102G
Denver, CO 80257

    Re:    **United States v. Dana Jarvis**, No. CR 05-1849

Dear Judge Tymkovich:

    This case involves thirty four (34) defendants who are presently charged with conspiracy to distribute 1000 kilograms and more of marijuana and conspiracy to launder money. I have designated this complex and we are now receiving a second round of requests for interim billings and six month budgets.

    I have been forwarding all interim budget requests to the Circuit for approval. I am hereby requesting a delegation of authority in this case to exceed and approve compensation and costs in excess of the amounts set forth in the Criminal Justice Act Plan, rather than continue submitting to you the interim budget requests. I will likely assign a Magistrate to work with lead counsel in reviewing the billing.

    The final vouchers, which will indicate total costs, will be submitted to you for approval.

Very truly yours,

Judith C. Herrera

APPROVED:

Judge, Tenth Circuit Court of Appeals

624