**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 29 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                    No. CR 05-1849 JH

DANA JARVIS, et al.,

Defendants.

## ORDER GRANTING DEFENDANT TRUJILLO'S UNOPPOSED MOTION FOR LEAVE TO FILE STIPULATION FOR SUBSTITUTION OF PROPERTY SUBJECT TO FORFEITURE

THIS MATTER HAVING COME BEFORE THIS COURT UPON Defendant Russell Trujillo's Unopposed Motion for Leave to File Stipulation for Substitution of Property Subject to Forfeiture,, the Court having noted the concurrence of the Assistant United States Attorney, having reviewed the pleadings, and being otherwise fully apprised of the premises therein, THE COURT FINDS the filing of the Stipulation for Substitution of Property Subject to Forfeiture is in the interest of justice, is well taken and should be granted. NOW THEREFORE

IT IS ORDERED defendant Russell Trujillo is hereby granted leave to file a Stipulation for Substitution of Property Subject to Forfeiture herein.

THE HONORABLE JUDITH C HERRERA
U.S. DISTRICT COURT JUDGE

SUBMITTED BY:

*Electronically Filed*
Penni Adrian
*Counsel for Russell Trujillo*

APPROVED BY:

*Telephonically Approved 8/24/06*
Steve Kotz
*Assistant United States Attorney*