IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 11 2006

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case Number: CR 05 1849 JH |
| DENNIS WILSON, ) | |
| Defendant. ) | |

## ORDER SETTING CONDITIONS OF RELEASE

THIS MATTER having come before the Court on Defendant's Amended Unopposed Motion to Set Conditions of Release in the above-captioned matter, and the Court having considered the motion and the grounds therefore, and being otherwise fully advised in the premises, FINDS that the motion is well taken, in the interest of justice, and should be GRANTED;

IT IS THEREFORE ORDERED that the following conditions of release are hereby imposed:

    a.    Mr. Wilson's bond will be reduced from $100,000.00 to $94,500.00.

    b.    Mr. Wilson's mother, Rebecca Wilson, will execute a Special Warrant Deed assigning the property located at 1513 Gschwind Pl., SW, Albuquerque, NM to the United States government as bond for Mr. Wilson.

    c.    All remaining conditions of release remain in full force.

      d.      Mr. Wilson concurs that all other standard conditions of release will also be imposed on the order setting conditions of release.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

Electronically filed: 07/18/06
Robert J. Gorence