UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff

vs

DAVID REID,

        Defendant

NOV 2 8 2006

MATTHEW J. DYKMAN
CLERK

CR 05 1849 JH

SUBSTITUTION OF ATTORNEY

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

I, <u>DAVID REID,</u> hereby substitute:

<u>WALTER NASH</u>
      (Print Name of New Attorney)

<u>110 S. CHURCH AVE., STE. 4297, TUCSON, AZ  85701</u>
      (Print Address)

<u>(520) 792-1613</u>    as attorney of record in place and stead of
Telephone Number

<u>ZUBAIR ASLAMY</u>
      (Print Name of Present Attorney)

Dated: <u>Oct. 6th</u>, 2006.

_____
Defendant Signature

I CONSENT TO THE ABOVE SUBSTITUTION.

Dated: <u>10/11/06</u>, 2006.

_____
Present Attorney Signature

ABOVE SUBSTITUTION ACCEPTED.

Dated: <u>10/6</u>, 2006.

_____
New Attorney Signature

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Dated: _____, 2006.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

CR-14