.01/24/07 1:58 PI

# SANFORD A. ANGELOS
DEA Senior Forensic Chemist (Ret)

## EDUCATION

- University of Illinois – Chicago    M.Ed. - Research Evaluation    (1985)
- University of Illinois – Chicago    M.Sc. – Criminalistics    (1975)
- University of Illinois – Chicago    B.Sc. – Chemistry    (1972)
- High school -    Oak Park & River Forest High School
- Elementary. School -    Henry D. Lloyd Chicago Public School

## WORK EXPERIENCE

- Forensic Chemist Consultant    Aris Associates Ltd.    2/06 to present
- Senior Forensic Chemist    U.S.-Drug Enforcement Administration    3/89 to 1/06
- Visiting Forensic Chemist    Nat'l Inst. of Police Science, Tokyo, Japan    8/96 to 11/96
- Forensic Chemist    U.S.-Drug Enforcement Administration    1/76 to 3/89
- Associate Criminalist    Illinois Dept. of Law Enforcement    7/75 to 1/76
- Teaching Assistant    UIC Dept. of Criminal Justice    9/74 to 6/75

## TEACHING    (see Appendix A)

- Adjunct Faculty - Science Institute - Columbia College    8/92 to present
- Adjunct Faculty - Dept. of Science - Columbia College    1/84 to 1/90
- Adjunct Faculty - Dept. of Chemistry -Roosevelt University    1/84 to 1/90
- Adjunct Faculty - College of Education – UIC    1/82 to 1/88
- Adjunct Faculty - Dept. of Criminal Justice – UIC    1/81 to 1/87

## MEMBERSHIPS    (see Appendix B)

- American Chemical Society    Member    1974
- American Academy of Forensic Sciences    Fellow    1975
- Clandestine Laboratory Investigating Chemists    Charter Member 1990
- Midwestern Association of Forensic Scientists    In-Active    1976
- Canadian Society of Forensic Sciences    Member    1982
- Forensic Science Society    In-Active    1987

## COURT TESTIMONY

- Over 300 times in State and Federal Courts
- Over 200 Clandestine Laboratory Investigations

## CERTIFICATION

- DEA-Clandestine Laboratory Entry Team (CLET) [OSHA Certified 48 CFR 1910.120(q)]
- Bloodborne Pathogen Certified Instructor    [Public Health Service]

## PRESENTATIONS    (see Appendix C, E, F)

- Over 45 presentations and workshops to the various organizations listed above

## PUBLICATIONS    (see Appendix D)

- Over 10 papers published

## HONORS

- Certificate of Appreciation Award    DEA 2004
- Special Act or Service    DEA 2003
- Exceptional Performance    DEA 1999
- Exceptional Performance    DEA 1997
- Research Award for Foreign Specialists    Japanese Government 1996
- Exceptional Performance    DEA 1996
- 1996 Award of Merit    Chicago Area Technological Societies
- Exceptional Performance    DEA 1995
- Appreciation Award    American Chemical Society 1995
- Appreciation Award (2nd)    American Chemical Society 1995

GOVERNMENT EXHIBIT 2

# APPENDIX A - ACADEMIC POSITIONS

## COLUMBIA COLLEGE

### SCIENCE and MATHEMATICS DEPARTMENT
    56-2170-01SMW    LifeSavers or Killers: The Story of Drugs
    56-2749-01SM    Scientific Investigation: Sherlock Holmes to the Courtroom
    **Various terms between January 1984 to June 1991**
    56-1280-01/02    Crime Lab Chemistry
    **Various terms between September 2006 to June 2007**

### SCIENCE INSTITUTE
    60-4250-01SMW    Crime Lab Chemistry
    **Various terms between January 1993 to June 2006**

## UNIVERSITY OF ILLINOIS - CHICAGO

### DEPARTMENT OF CRIMINAL JUSTICE
    CrJ 200    Criminalistics
    CrJ 291    Introduction to Forensic Sciences
    CrJ 314    Criminalistics Analytical Laboratory I
    CrJ 315    Criminalistics Analytical Laboratory II
    CrJ 460    Forensic Sciences Laboratory I
    CrJ 461    Forensic Sciences Laboratory II
    CrJ 464    Forensic Sciences Special Topics
    **Various terms between January 1981 to January 1987**

### COLLEGE OF EDUCATION
    CIE 309    Consumer Drug Educations
    CIE 310    Drug Evaluations
    **Various terms between January 1982 to January 1989**

## ROOSEVELT UNIVERSITY

### CHEMISTRY DEPARTMENT
    CHEM 311-10    Introduction to Forensic Sciences
    CHEM 312-10    Forensic Drug Chemistry
    CHEM 370-10    Forensic Chemistry

### SOCIOLOGY DEPARTMENT
    SOC 355-10    Criminology and Forensic Science
    **Various terms between January 1984 to August 1991**

SENSITIVE

# APPENDIX B - PROFESSIONAL AFFILIATIONS

## AMERICAN CHEMICAL SOCIETY (Chicago Section)

| | |
|---|---|
| Distinguish Service Award Committees (Chair 2006) | (2002-2006) |
| Treasurer | (1998-2000) |
| Policy – Bylaw | (1998-2002) |
| Awards | (1998-1999) |
| Member of the Board of Directors | (1984-1995; 1996-1998; 2000-2002) |
| Chairman of the Professional Relations Committee | (1990-91; 1995-96) |
| Program Co-Chair | (1995-1997) |
| Past-Chairman of the Section | (1994-95) |
| Chairman of the Section | (1993-94) |
| Chairman-Elect of the Section | (1992-93) |
| Chairman of the Environmental Health & Safety Committee | (1987-1989) |
| Chairman of the W. Gibbs Arrangement Committee | (1985) |
| Chairman of the House Committee | (1984) |

### CHEMICAL BULLETIN

| | |
|---|---|
| Co-Editor | (1999-2001) |
| Editorial Board | (1982-1997) |
| Editor | (1987-89) |

## AMERICAN ACADEMY OF FORENSIC SCIENCES

| | |
|---|---|
| By-laws Committee Member [a] | (1997-2006) |
| 2007 Criminalistics Section Program Co-Chairman | (2006) |
| Criminalistics Section's AdHoc Membership Requirement Committee | (2004-2005) |
| Criminalistics Section's Historian | (1995-1998) |
| Criminalistics Section's Award Committee | (1993-1997)-Chairman (1993) |
| Chairman of the AdHoc Proceedings Committee [a] | (1992-94) |
| Chairman - Criminalistics Section | (1992) |
| Nominating Committee [a] | (1992) |
| Council [a] | (1991-1992) |
| Membership Committee [a] | (1991-1992) |
| Secretary - Criminalistics Section | (1991) |
| 1991 Criminalistics Section Program Chairman | (1990) |
| Member of the AdHoc Publication Committee [s] | (1982) |
| Chairman of the Criminalistics Section Planning Committee | (1987-89) |

[a] Academy position  [s] Criminalistics Section position

### JOURNAL OF FORENSIC SCIENCES

| | |
|---|---|
| Editorial Review Board | (1985-2002) |

## MIDWESTERN ASSOCIATION OF FORENSIC SCIENTISTS

| | |
|---|---|
| Criminalistics Coordinator | (1985) |
| Member of the Executive Board | (1981-1983) |
| Meeting Program Coordinator | (1982) |

### MAFS BULLETIN

| | |
|---|---|
| Editor | (1981-1983) |

## COUNCIL OF FORENSIC SCIENCE EDUCATORS

| | |
|---|---|
| Secretary -Treasurer | (1997-2002) |
| Interim Secretary-Treasurer | (1996) |

# APPENDIX C - PRESENTATIONS

MAY 1976    MIDWESTERN ASSOCIATION OF FORENSIC SCIENTISTS
-A Study of the Criminalistic Identification of Lipstick Stains

OCT 1976    MIDWESTERN ASSOCIATION OF FORENSIC SCIENTISTS
-Identification of Some Chemical Analogues and Positional Isomers of Methaqualone

FEB 1977    AMERICAN ACADEMY OF FORENSIC SCIENCES
-The Isolation and Identification of Precursors and Reaction Products In The Clandestine Manufacture of Methaqualone and Mecloqualone

SEPT 1977    AMERICAN CHEMICAL SOCIETY
-Identification of Some Chemical Analogues and Positional Isomers of Methaqualone

OCT 1978    MIDWESTERN ASSOCIATION OF FORENSIC SCIENTISTS
-The Isolation and Identification of Precursors and Reaction Products In The Clandestine Manufacture of Methaqualone and Mecloqualone

NOV 1979    MIDWESTERN ASSOCIATION OF FORENSIC SCIENTISTS
-Distinguishing The Optical Isomers of Propoxyphene by Infrared Spectroscopy

FEB 1980    AMERICAN ACADEMY OF FORENSIC SCIENCES
-Identification and Quantitation of Barbiturates by Nuclear Magnetic Resonance

FEB 1981    AMERICAN ACADEMY OF FORENSIC SCIENCES
-Identification and Quantitation of Multiple Barbiturate Preparations By Nuclear Magnetic Resonance
-A Comparative Study on the Use of Shift Reagents in the NMR Determination of Methamphetamine and Amphetamine Enantiomers

MAY 1981    MIDWESTERN ASSOCIATION OF FORENSIC SCIENTISTS
-Quantitation and Identification by Nuclear Magnetic Resonance

FEB 1982    AMERICAN ACADEMY OF FORENSIC SCIENCES
-The Analysis of P-2-P Synthetic Mixtures Obtained from Clandestine Laboratories
-Quantitation and Identification of Pharmaceutical Preparations by Nuclear Magnetic Resonance
FEB 1982    AMERICAN ACADEMY OF FORENSIC SCIENCES
-Characteristics of Forensic Science Faculty Within Criminal Justice Higher Education Programs

FEB 1983    AMERICAN ACADEMY OF FORENSIC SCIENCES
-Analysis of a "Simple" Synthesis of P-2-P from Its Alcohol

FEB 1984    AMERICAN ACADEMY OF FORENSIC SCIENCES
-Attitudes of Criminalists Towards The *Journal of Forensic Sciences*: A Survey Analysis
-The Synthesis of P-2-P from Allybenzene
-Clandestine Manufacture of 4-Bromo-2,5-Dimethoxyamphetamine

## APPENDIX C – PRESENTATIONS (Continued)

OCT  1984     AMERICAN CHEMICAL SOCIETY  (CHICAGO-SAFETY SYMPOSIUM)
-Liability and The Drug Laws

JAN  1985     AMERICAN CHEMICAL SOCIETY
-Clandestine Manufacture of 4-Bromo-2,5-Dimethoxyamphetamine

FEB  1985     AMERICAN ACADEMY OF FORENSIC SCIENCES
-An Evaluation of Research Attitudes and Productivity of Forensic Science Higher Education Faculty
-The Role of the Forensic Chemist in Clandestine Laboratory Investigations, Seizures and Prosecutions

FEB  1986     AMERICAN ACADEMY OF FORENSIC SCIENCES
-Distinguishing the Optical Isomers of Propoxyphene by Infrared Spectroscopy
-A Statistical Evaluation of Research Published in The *Journal of Forensic Sciences*

FEB  1987     AMERICAN ACADEMY OF FORENSIC SCIENCES
-Potential Safety Hazards in a Forensic Laboratory
-Identification of Clandestine Phencyclidine Mixtures by Capillary Gas Chromatography/Mass Spectrometry
-An Investigation of Phenyl-2-Propanone Reaction Mechanisms

AUG  1987     INTERNATIONAL ASSOCIATION OF FORENSIC SCIENCES
-Clandestine Manufacture of 4-Bromo-2,5-Dimethoxyamphetamine
-A Gas Chromatography/Mass Spectrometry System for the Identification of Clandestinely Produced Phencyclidine Preparations
-Quantitation and Identification of Pharmaceutical Preparation by Nuclear Magnetic Resonance

FEB  1988     AMERICAN ACADEMY OF FORENSIC SCIENCES
-Automated Analysis on High Pressure Liquid Chromatography, Precision, Accuracy, and Linearity
-Automated Analysis on Capillary Gas Chromatography, Precision, Accuracy, and Linearity
-Automated Analysis on a Mass Selective Detector
-Synthesis of Amphetamine from Toluene
-The Analysis of an Analogue of Methaqualone

OCT  1988     MIDWESTERN ASSOCIATION OF FORENSIC SCIENTISTS
-Automated Instrumental Analysis

OCT  1988     CANADIAN SOCIETY OF FORENSIC SCIENCES
-Automated Analysis on High Pressure Liquid Chromatography, Precision, Accuracy, and Linearity
-Automated Analysis on Capillary Gas Chromatography, Precision, Accuracy, and Linearity
-Automated Analysis on a Mass Selective Detector

FEB  1989     AMERICAN ACADEMY OF FORENSIC SCIENCES
-NMR Examination of Cocaine and Heroin
-NMR Analysis of PCP Analogues

OCT  1989     MIDWESTERN ASSOCIATION OF FORENSIC SCIENTISTS
-Automated Sampling for Gas Chromatography and for a Mass Selective Detector
-An Investigation of Phenyl-2-Propanone Reaction Mechanisms

## APPENDIX C – PRESENTATIONS (Continued)

FEB   1990   AMERICAN ACADEMY OF FORENSIC SCIENCES
-Optimizing FT-NMR Pulse Patterns for Quantitation Measurements
-NMR Quantitation of Methamphetamine and Ephedrine Mixtures

OCT   1990   INTERNATIONAL ASSOCIATION OF FORENSIC SCIENCES
-Synthesis of Amphetamine from Toluene
-An Investigation of Phenyl-2-Propanone Reaction Mechanisms

FEB   1992   AMERICAN ACADEMY OF FORENSIC SCIENCES
-Clandestine Manufacture of Methadone

FEB   1993   AMERICAN ACADEMY OF FORENSIC SCIENCES
-An Unsuccessful Clandestine Synthesis of Amphetamine

AUG   1993   AMERICAN CHEMICAL SOCIETY
-Use of Gas Chromatography/Mass Spectrometry (GC/MS) in Non-science Major Course Laboratory Experiments
Instrumentation of a Forensic Laboratory

SEPT  1993   CLANDESTINE LABORATORY INVESTIGATING CHEMISTS ASSOCIATION
-An Unsuccessful Clandestine Synthesis of Amphetamine

FEB   1994   AMERICAN ACADEMY OF FORENSIC SCIENCES
-Clandestine Synthesis of Fentanyl

AUG   1995   AMERICAN CHEMICAL SOCIETY
- Overview of Chemistry in the Forensic Sciences.
- Use of Forensic Sciences in Chemical Education

OCT   1995   MIDWESTERN ASSOCIATION OF FORENSIC SCIENTISTS
-An Unsuccessful Clandestine Synthesis of Amphetamine
-Clandestine Synthesis of Fentanyl
-Analysis of $d,l$-Methamphetamine (Workshop)

FEB   1996   AMERICAN ACADEMY OF FORENSIC SCIENCES
-Sodium-Ammonia Reduction of Ephedrine to Methamphetamine
-Analysis of Samples 4-Bromo-2,5-Dimethoxyphenethylamine (Nexus) an Analogue of 4-Bromo-2,5-Dimethoxyamphetamine (DOB)

AUG   1996   INTERNATIONAL ASSOCIATION OF FORENSIC SCIENCES
-An Unsuccessful Clandestine Synthesis of Amphetamine
-Clandestine Synthesis of Fentanyl
-Clandestine Manufacture of Methadone

FEB   1998   AMERICAN ACADEMY OF FORENSIC SCIENCES
-Lithium-Ammonia Reduction of Pseudoephedrine to Methamphetamine

## APPENDIX C – PRESENTATIONS (Continued)

FEB  1999    AMERICAN ACADEMY OF FORENSIC SCIENCES
-Production Capabilities of Clandestine Methamphetamine Laboratories

AUG 1999    INTERNATIONAL ASSOCIATION OF FORENSIC SCIENCES
-Methamphetamine by the Birch Reduction

# APPENDIX D – PUBLICATIONS-Journal

*JOURNAL OF FORENSIC SCIENCES* Volume 26, Number 4, Page 656
*Approaches To Drug Sample Differentiation II: Nuclear Magnetic Resonance Spectrometric Determination of Methamphetamine Enantiomers

*JOURNAL OF FORENSIC SCIENCES* Volume 26, Number 4, Page 793
*Identification of Some Chemical Analogues and Positional Isomers of Methaqualone

*JOURNAL OF FORENSIC SCIENCES* Volume 28, Number 3, Page 552
*Characteristics of Forensic Science Faculty within Criminal Justice Higher Education Programs

*JOURNAL OF FORENSIC SCIENCES* Volume 29, Number 4, Page 1187
*A Clandestine Approach To The Synthesis of P-2-P From Phenylpropenes

*JOURNAL OF FORENSIC SCIENCES* Volume 30, Number 1, Page 269
*An Evaluation of Criminalists' Attitudes Towards The *Journal of Forensic Sciences*

*JOURNAL OF FORENSIC SCIENCES* Volume 30, Number 4, Page 1022
*The Isolation and Identification of Precursors and Reaction Products In The Clandestine Manufacture of Methaqualone and Mecloqualone

*JOURNAL OF FORENSIC SCIENCES* Volume 35, Number 6, Page 1297
*The Identification of Precursors, Impurities, and By-Products In Clandestinely Produced Phencyclidine Preparations

*JOURNAL OF FORENSIC SCIENCES* Volume 36, Number 2, Page 358
*The Identification and Quantitation of Pharmaceutical Preparations By Nuclear Magnetic Resonance Spectroscopy

*JOURNAL OF FORENSIC SCIENCES* Volume 38, Number 2, Page 455
*The Structural Identification of a Methyl Analog of Methaqualone Via 2-Dimensional NMR Techniques

**U.S. D.E.A. - MICROGRAM** Volume XXII, Number 3, Page 38
*Hewlett Packard Programming for the MSD Chem Station: Part I. Standard Search & Print Program

**U.S. D.E.A. - MICROGRAM** Volume XXII, Number 3, Page 41
*Perkin Elmer Obey Programming for FT-IR with CDS-3 Software: Part I. Print Programs

**U.S. D.E.A. - MICROGRAM** Volume XXII, Number 10, Page 194
*Perkin Elmer Obey Programming for FT-IR with CDS-3 Software: Part II. Automated Scan-Save-Print Programs

**CRIMINALISTICS: AN INTRODUCTION TO FORENSIC SCIENCES - LAB MANUAL (1989)**
R. SAFERSTEIN, EDITOR   EXPERIEMENT #27 PAGE 217
"Determination of Lipstick Dyes by Thin-Layer Chromatography"

*JOURNAL OF CHEMICAL EDUCATION* June 1996 Volume 73, Number 6, Page 565
*Use of Gas Chromatography-Mass Spectroscopy (GC-MS) in Nonscience Major Course Laboratory Experiments

# APPENDIX D – PUBLICATIONS-Proceedings

*PROCEEDINGS OF THE* **2006 POLICE AND SCIENCE INTERNATIONAL FORUM**
\* Clandestine Methamphetamine Laboratories Legal Perspectives and Analytical Procedures in the United States (in Chinese translation)

*PROCEEDINGS OF THE AMERICAN ACADEMY OF FORENSIC SCIENCES Volume* 2, Number 2
\*Sodium-Ammonia Reduction of Ephedrine to Methamphetamine

*PROCEEDINGS OF THE AMERICAN ACADEMY OF FORENSIC SCIENCES Volume* 2, Number 2
\*Analysis of Samples 4-Bromo-2,5-Dimethoxyphenethylamine (Nexus) an Analogue of 4-Bromo-2,5-Dimethoxyamphetamine (DOB)

*PROCEEDINGS OF THE AMERICAN ACADEMY OF FORENSIC SCIENCES Volume* 4, Number 4
\*Lithium-Ammonia Reduction of Pseudoephedrine to Methamphetamine

*PROCEEDINGS OF THE AMERICAN ACADEMY OF FORENSIC SCIENCES Volume* 5, Number 5
\*Production Capabilities of Clandestine Methamphetamine Laboratories

**Current Topics in Forensic Science**
*PROCEEDINGS OF THE 14th MEETING OF THE INTERNATIONAL ASSOCIATION OF FORENSIC SCIENCES*
Volume 2, page 310
\*An Unsuccessful Clandestine Synthesis of Amphetamine

**Current Topics in Forensic Science**
*PROCEEDINGS OF THE 14th MEETING OF THE INTERNATIONAL ASSOCIATION OF FORENSIC SCIENCES*
Volume 2, page 312
\*Clandestine Synthesis of Fentanyl

**Current Topics in Forensic Science**
*PROCEEDINGS OF THE 14th MEETING OF THE INTERNATIONAL ASSOCIATION OF FORENSIC SCIENCES*
Volume 2, page 374
\*Clandestine Manufacture of Methadone

**Current Topics in Forensic Science**
*PROCEEDINGS OF THE 15th MEETING OF THE INTERNATIONAL ASSOCIATION OF FORENSIC SCIENCES,*
page 61
\*Methamphetamine by the Birch Reduction

# APPENDIX E – INVITED – GUEST PRESENTATIONS
(Note Presentations prior to 1/2000 not included)

**March 2003**   **Michigan Science Teachers Association**
50th Annual Meeting
-The Use of Forensic Sciences in Teaching Science

**April 2003**   **Central Research and Creative Accomplishment Symposium**
Central Missouri State University
-Analysis of Controlled Substances

## APPENDIX F – WORKSHOP– PRESENTATIONS
(Note Workshops prior to 1/2000 not included)

| | |
|---|---|
| **November 2006** | **2006 Police and Science International Forum (Hangshou, China)**<br>Presenter- Clandestine Methamphetamine Laboratories |
| **February 2005** | **American Academy of Forensic Sciences Annual Meeting**<br>Chair –Analysis of Samples from Clandestine Methamphetamine Laboratories |
| **October 2004** | **Southwestern Association of Forensic Scientists Annual Meeting**<br>Chair –Clandestine Laboratory Production Capabilities<br>Presenter -GC Quantitation & Validation Methodology |
| **March 2004** | **Michigan Science Teachers Association Annual Meeting**<br>Presenter -Forensic Mysteries as a Way of Teaching |
| **February 2004** | **American Academy of Forensic Sciences Annual Meeting**<br>Presenter -Drug Enforcement Administration – Forensic Drug Chemist Workshop |
| **February 2004** | **American Academy of Forensic Sciences Annual Meeting**<br>Co-Chair –Bubble Bubble Boom Fires and Explosions in Clandestine Drug Laboratories |

SENSITIVE