JAN 24 2007  Case 1:05-cr-01849-JCH  Document 874-9  Filed 01/25/07  Page 1 of 6   P.02/08



**U. S. Department of Justice**
Drug Enforcement Administration
SOUTH CENTRAL LABORATORY
10150 E. TECHNOLOGY BOULEVARD
DALLAS, TX 75220-4377

*www.dea.gov*                                1/18/2007

AUSA JAMES BRAUN
UNITED STATES ATTORNEY
P. O. BOX 607
ALBUQUERQUE, NEW MEXICO 87103

To:        James R. W. Braun
           Assistant U.S. Attorney

From:      *[signature]* James B. Iwamoto
           Forensic Chemist

Approved:  *[signature]* Darrell L. Davis
           Laboratory Director

Subject:   Rule 16(a)(1)(E) Summary of testimony in
           United States vs. **Dana Jarvis**
           DEA Case No. **MM-02-0135**

The following summary of testimony is provided by Federal Rule of Criminal Procedure 16(a)(1)(E):

1. My name is James B Iwamoto

2. I am employed by the Department of Justice, Drug Enforcement Administration (DEA), in the capacity of forensic chemist, and was so employed when I conducted the examinations and analyses described below. My qualifications to interpret the results described below, and to express an opinion as to the identity of the exhibit(s) described below, are based on my knowledge, skill, experience, training, and education. My experience, education, and training are described in detail in Attachment A.

3. The opinions described below are based on chemical, physical, and or instrumental analyses, the results generated by those analyses, and my interpretation of those results.

4. I have examined and analyzed the substance(s) contained in the exhibit(s) which were submitted for analysis in the above referenced case.



GOVERNMENT EXHIBIT 9

Rule16(a)(1)(E) Summary of testimony in
United States vs. **Dana Jarvis**
DEA Case No.  **MM-02-0135**

5. In my opinion, the substance referred to herein as **Exhibit-1A-K** of **MM-02-0135** has been identified as follows:
    Active Drug Ingredient: **Marijuana**
    Quantitative Result: NA
    Net Weight: **253.0g**

    The above opinion is based on the following physical, chemical, and instrumental analyses:
    A  Macroscopic Evaluation
    B  Microscopic Examination
    C  Modified Duquenois-Levine Color Test
    D  Gas Chromatography/Mass Spectrometry

6. In my opinion, the substance referred to herein as **Exhibit-7** of **MM-02-0135** has been identified as follows:
    Active Drug Ingredient: **Marijuana**
    Quantitative Result: NA
    Net Weight: **0.39g**

    The above opinion is based on the following physical, chemical, and instrumental analyses:
    A  Macroscopic Evaluation
    B  Microscopic Examination
    C  Modified Duquenois-Levine Color Test
    D  Gas Chromatography/Mass Spectrometry

7. In my opinion, the substance referred to herein as **Exhibit-8** of **MM-02-0135** has been identified as follows:
    Active Drug Ingredient: **Marijuana**
    Quantitative Result: NA
    Net Weight: **2,642g**

    The above opinion is based on the following physical, chemical, and instrumental analyses:
    A  Macroscopic Evaluation
    B  Microscopic Examination
    C  Modified Duquenois-Levine Color Test
    D  Gas Chromatography/Mass Spectrometry

Rule16(a)(1)(E) Summary of testimony in
United States vs. **Dana Jarvis**
DEA Case No. **MM-02-0135**

8. In my opinion, the substance referred to herein as **Exhibit –9** of **MM-02-0135** has been identified as follows:
   Active Drug Ingredient: **Psilocin**
   Quantitative Result: NA
   Net Weight: **8.5g**

   The above opinion is based on the following physical, chemical, and instrumental analyses:
   A  Macroscopic Evaluation
   B  Gas Chromatography/Mass Spectrometry
   C  Gas Chromatography/Flame Ionization Comparison

9. In my opinion, the substance referred to herein as **Exhibit-10** of **MM-02-0135** has been identified as follows:
   Active Drug Ingredient: **Marijuana**
   Quantitative Result: NA
   Net Weight: **16.0g**

   The above opinion is based on the following physical, chemical, and instrumental analyses:
   A  Macroscopic Evaluation
   B  Microscopic Examination
   C  Modified Duquenois-Levine Color Test
   D  Gas Chromatography/Mass Spectrometry

10. In my opinion, the substance referred to herein as **Exhibit-11** of **MM-02-0135** has been identified as follows:
    Active Drug Ingredient: **Marijuana**
    Quantitative Result: NA
    Net Weight: **52.5g**

    The above opinion is based on the following physical, chemical, and instrumental analyses:
    A  Macroscopic Evaluation
    B  Microscopic Examination
    C  Modified Duquenois-Levine Color Test
    D  Gas Chromatography/Mass Spectrometry

Rule16(a)(1)(E) Summary of testimony in
United States vs. **Dana Jarvis**
DEA Case No. **MM-02-0135**

11. In my opinion, the substance referred to herein as **Exhibit-19** of **MM-02-0135** has been identified as follows:
    Active Drug Ingredient: **Marijuana**
    Quantitative Result: NA
    Net Weight: **532.3g**

    The above opinion is based on the following physical, chemical, and instrumental analyses:
    A  Macroscopic Evaluation
    B  Microscopic Examination
    C  Modified Duquenois-Levine Color Test
    D  Gas Chromatography/Mass Spectrometry

12. In my opinion, the substance referred to herein as **Exhibit-20** of **MM-02-0135** has been identified as follows:
    Active Drug Ingredient: **Marijuana**
    Quantitative Result: NA
    Net Weight: **648.8g**

    The above opinion is based on the following physical, chemical, and instrumental analyses:
    A  Macroscopic Evaluation
    B  Microscopic Examination
    C  Modified Duquenois-Levine Color Test
    D  Gas Chromatography/Mass Spectrometry

13. In my opinion, the substance referred to herein as **Exhibit-23** of **MM-02-0135** has been identified as follows:
    Active Drug Ingredient: **Non Controlled Substance**
    Quantitative Result: NA
    Net Weight: **38.2g**

    The above opinion is based on the following physical, chemical, and instrumental analyses:
    A  Macroscopic Evaluation
    B  Microscopic Examination
    C  Ultra Violet Examination
    D  Gas Chromatography/Mass Spectrometry

Rule16(a)(1)(E) Summary of testimony in
United States vs.   **Dana Jarvis**
DEA Case No.   **MM-02-0135**

14. In my opinion, the substance referred to herein as **Exhibit-24** of **MM-02-0135** has been identified as follows:
    Active Drug Ingredient: **Marijuana**
    Quantitative Result:  NA
    Net Weight:  **8.4g**

    The above opinion is based on the following physical, chemical, and instrumental analyses:
    A   Macroscopic Evaluation
    B   Microscopic Examination
    C   Modified Duquenois-Levine Color Test
    D   Gas Chromatography/Mass Spectrometry

15. In my opinion, the substance referred to herein as **Exhibit-25** of **MM-02-0135** has been identified as follows:
    Active Drug Ingredient: **Marijuana**
    Quantitative Result:  NA
    Net Weight:  **135.8g**

    The above opinion is based on the following physical, chemical, and instrumental analyses:
    A   Macroscopic Evaluation
    B   Microscopic Examination
    C   Modified Duquenois-Levine Color Test
    D   Gas Chromatography/Mass Spectrometry

16. In my opinion, the substance referred to herein as **Exhibit-26** of **MM-02-0135** has been identified as follows:
    Active Drug Ingredient: **Marijuana**
    Quantitative Result:  NA
    Net Weight:  **7.6g**

    The above opinion is based on the following physical, chemical, and instrumental analyses:
    A   Macroscopic Evaluation
    B   Microscopic Examination
    C   Modified Duquenois-Levine Color Test
    D   Gas Chromatography/Mass Spectrometry

Rule 16(a)(1)(E) Summary of testimony in
United States vs. **Dana Jarvis**
DEA Case No. **MM-02-0135**

17. In my opinion, the substance referred to herein as **Exhibit-27** of **MM-02-0135** has been identified as follows:

    Active Drug Ingredient: **NO ANALYSIS**
    Quantitative Result: NA
    Net Weight: **NA**

    END