

**U. S. Department of Justice**
Drug Enforcement Administration
SOUTH CENTRAL LABORATORY
10150 E. TECHNOLOGY BOULEVARD
DALLAS, TX  75220-43777
972-559-7900

### JAMES BRUCE IWAMOTO---FORENSIC CHEMIST—1988—SOUTH CENTRAL LAB

**PRIMARY DUTIES**: Identify and determine which, if any, controlled substances are present in evidence and in what concentration.

**SECONDARY DUTIES**: Testify in Federal and State Courts in civil and criminal proceedings about evidence identification and composition. Provide technical assistance and formal training to federal and state agents & chemists. Participate in Clandestine Laboratory Investigations. Other ancillary responsibilities in the lab and outside.

**SOURCES OF EVIDENCE**: **DEA, USCS, USBP, FBI, ATF, INS** -NM, TX, OK, AR, LA, MS, Al

**EDUCATION & EXPERIENCE**: BS CHEMISTRY -13 YEARS INDUSTRIAL, DEA 1988
**DEA TRAINING**: FORENSIC CHEMIST TRAINING 4 MONTHS  DALLAS LAB
NEW CHEMIST SCHOOL 3 WEEKS  QUANTICO VA
INSTITUTE OF MOLECULAR SPECTROSCOPY 1 WEEK  TEMPE AZ
CLAN LAB INVESTIGATION SCHOOL 2 WEEKS  QUANTICO VA
ADVANCED FORENSIC CHEMIST SCHOOL 1 WEEK QUANTICO VA
INTERNATIONAL CONFERENCE OF ION MOBILITY 1 WEEK QUEBEC,CANADA
**PUBLICATIONS**- 5- 1 FORENSICS, 1- INDUSTRY, 3- BASIC RESEARCH

**EXPERT WITNESS QUALIFICATIONS**: **TEXAS**-Amarillo, Austin, Beaumont, Brownsville, Corpus Christi, Corsicanna, Dallas, Del Rio, Edinburg, El Paso, Fort Worth, Galveston, Houston, Laredo, Lubbock, McAllen, McKinney, Midland, San Antonio,Tyler, Sherman, Tyler, Pecos **NEW MEXICO**-Albuquerque, Las Cruces, Santa Fe **OKLAHOMA**- Oklahoma City, Tulsa, Muskogee **ARKANSAS**-Fort Smith, Fayetteville, Harrison, Little Rock **LOUISIANA**- Baton Rouge, Gretna, New Orleans, Shreveport **MISSISSIPPI**-Aberdeen, Biloxi, Columbus, Hattiesburg, Jackson, Oxford, **ALABAMA**-Birmingham, Mobile, Montgomery, **COLORADO**- Denver, **MICHIGAN** -- Lansing
**CLANDESTINE LABORATORY EXPERIENCE**- 200+ Dismantled and Analyzed (AMPH, METH, X & X analogs, PCP, LSD, STP) in NM, TX, OK, AR, LA, MS, & AL
**PREVIOUS EXPERIENCE**: OIL AND GAS INDUSTY WITH **ENSERCH-LONE STAR GAS**
SUGAR INDUSTRY WITH **UTAH IDAHO SUGAR**
METALS AND BASIC INDUSTRY – **MARTIN-MARIETTA**


GOVERNMENT EXHIBIT