| Date | Petty Cash Account | Safe Account | Total | Bates # | Page # | Remarks |
|---|---|---|---|---|---|---|
| 11/13/1998 | | $10,000.00 | | N-187 | 329 | |
| 11/20/1998 | | $7,000.00 | | N-187 | 329 | |
| 11/25/1998 | | $3,000.00 | | N-187 | 330 | |
| 12/01/1998 | $3,000.00 | | | N-187 | 188 | |
| 12/04/1998 | $2,000.00 | | | N-187 | 189 | |
| 12/04/1998 | $75.00 | | | N-187 | 189 | |
| 12/04/1998 | | $1,000.00 | | N-187 | 330 | |
| 12/11/1998 | $2,000.00 | | | N-187 | 191 | |
| 12/11/1998 | $42.00 | | | N-187 | 191 | |
| 12/12/1998 | $2,000.00 | | | N-187 | 192 | |
| 12/18/1998 | $1,000.00 | | | N-187 | 193 | |
| 12/18/1998 | | $1,000.00 | | N-187 | 330 | |
| 12/31/1998 | $2,000.00 | | | N-187 | 195 | |
| 12/31/1998 | | $2,000.00 | | N-187 | 331 | |
| | **$12,117.00** | **$24,000.00** | **$36,117.00** | | | |
| 01/06/1999 | $698.05 | | | N-187 | 195 | |
| 01/08/1999 | $1,000.00 | | | N-187 | 196 | |
| 01/08/1999 | | $3,000.00 | | N-187 | 331 | |
| 01/10/1999 | $1,000.00 | | | N-187 | 197 | $660-rent, $340 added in |
| 01/16/1999 | $2,000.00 | | | N-187 | 198 | |
| 01/16/1999 | | $3,000.00 | | N-187 | 332 | |
| 01/19/1999 | | $1,550.00 | | N-187 | 332 | |
| 01/22/1999 | | $6,000.00 | | N-187 | 334 | |
| 01/28/1999 | $2,000.00 | | | N-187 | 200 | |
| 01/28/1999 | | $3,000.00 | | N-187 | 333 | |
| 01/29/1999 | | $400.00 | | N-187 | 335 | |
| 02/02/1999 | | $3,000.00 | | N-187 | 337 | |
| 02/09/1999 | $2,000.00 | | | N-187 | 202 | |
| 02/09/1999 | | $3,000.00 | | N-187 | 336 | |
| 02/16/1999 | $1,000.00 | | | N-187 | 202 | |
| 02/18/1999 | $2,000.00 | | | N-187 | 203 | |
| 02/23/1999 | | $7,000.00 | | N-187 | 341 | |
| 03/02/1999 | $2,000.00 | | | N-187 | 204 | |

Page 1 of 9



GOVERNMENT EXHIBIT 18

1

Schedule of Petty Cash / Safe Account Ledgers
Jarvis, Dana

J. Somera
11-15-06

| Date | Petty Cash Account | Safe Account | Total | Bates # | Page # | Remarks |
|---|---|---|---|---|---|---|
| 03/02/1999 | | $1,200.00 | | N-187 | 343 | Petty Cash Ledger N/A |
| 03/02/1999 | | $5,000.00 | | N-187 | 343 | Petty Cash Ledger N/A |
| 03/08/1999 | | $6,000.00 | | N-187 | 346 | Petty Cash Ledger N/A |
| 03/11/1999 | | $3,000.00 | | N-187 | 345 | Petty Cash Ledger N/A |
| 03/19/1999 | | $3,000.00 | | N-187 | 348 | Petty Cash Ledger N/A |
| 03/26/1999 | | $2,000.00 | | N-187 | 347 | Petty Cash Ledger N/A |
| 04/04/1999 | | $5,000.00 | | N-187 | 350 | Petty Cash Ledger N/A |
| 04/08/1999 | | $5,000.00 | | N-187 | 349 | Petty Cash Ledger N/A |
| 04/17/1999 | | $2,000.00 | | N-187 | 349 | Petty Cash Ledger N/A |
| 04/21/1999 | | $3,000.00 | | N-187 | 351 | Petty Cash Ledger N/A |
| 04/28/1999 | | $6,000.00 | | N-187 | 353 | Petty Cash Ledger N/A |
| 05/04/1999 | | $3,000.00 | | N-187 | 355 | Petty Cash Ledger N/A |
| 05/04/1999 | | $1,000.00 | | N-187 | 355 | Petty Cash Ledger N/A |
| 05/07/1999 | | $5,000.00 | | N-187 | 354 | Petty Cash Ledger N/A |
| 05/12/1999 | | $3,000.00 | | N-187 | 356 | Petty Cash Ledger N/A |
| 05/17/1999 | $3,000.00 | | | N-187 | 205 | |
| 05/17/1999 | | $5,000.00 | | N-187 | 356 | |
| 05/20/1999 | | $5,000.00 | | N-187 | 358 | |
| 05/24/1999 | $2,000.00 | | | N-187 | 206 | |
| 05/24/1999 | | $3,000.00 | | N-187 | 358 | |
| 05/30/1999 | | $4,000.00 | | N-187 | 360 | |
| 06/04/1999 | | $2,000.00 | | N-187 | 362, 509 | Check to Cash from BofA ...2936 Check #1478 |
| 06/04/1999 | | ($2,000.00) | | N-187 | 362, 509 | Check to Cash from BofA ...2936 Check #1478 |
| 06/04/1999 | | $1,000.00 | | N-187 | 364 | Petty Cash Ledger N/A |
| 06/04/1999 | | $8,000.00 | | N-187 | 364 | Petty Cash Ledger N/A |
| 06/07/1999 | $1,000.00 | | | N-206 | 1 | |
| 06/07/1999 | $2,000.00 | | | N-206 | 1 | |
| 06/14/1999 | | $4,000.00 | | N-187 | 366 | Petty Cash Ledger N/A |
| 06/16/1999 | $87.00 | | | N-206 | 4 | |
| 06/17/1999 | | $4,000.00 | | N-187 | 369 | Petty Cash Ledger N/A |
| 06/17/1999 | | $15,000.00 | | N-187 | 369 | Petty Cash Ledger N/A |
| 06/17/1999 | $900.00 | | | N-206 | 5 | |
| 07/06/1999 | | $15,000.00 | | N-187 | 371 | |
| 07/15/1999 | $2,000.00 | | | N-187 | 214 | |

Page 2 of 9

| Date | Petty Cash Account | Safe Account | Total | Bates # | Page # | Remarks |
|---|---|---|---|---|---|---|
| 07/19/1999 | | $3,000.00 | | N-187 | 370 | |
| 07/20/1999 | | $9,900.00 | | N-187 | 373 | |
| 08/10/1999 | $2,000.00 | | | N-187 | 219 | |
| 08/11/1999 | | $4,000.00 | | N-187 | 327 | |
| 08/17/1999 | | $5,000.00 | | N-187 | 327 | |
| 08/24/1999 | | $10,000.00 | | N-187 | 325 | |
| 08/25/1999 | $150.00 | | | N-187 | 223 | |
| 09/03/1999 | | $5,000.00 | | N-187 | 324 | |
| 09/08/1999 | | $5,000.00 | | N-187 | 323 | |
| 09/14/1999 | | $10,000.00 | | N-187 | 321 | |
| 09/21/1999 | | $5,000.00 | | N-187 | 320 | |
| 09/24/1999 | | $10,000.00 | | N-187 | 319 | |
| 09/29/1999 | $150.00 | | | N-187 | 235 | |
| 09/29/1999 | $500.00 | | | N-187 | 236 | |
| 09/30/1999 | | $5,000.00 | | N-187 | 316 | |
| 10/05/1999 | $500.00 | | | N-187 | 237 | |
| 10/05/1999 | | $5,000.00 | | N-187 | 316 | |
| 10/06/1999 | | $5,000.00 | | N-187 | 315 | |
| 10/13/1999 | | $5,000.00 | | N-187 | 314 | |
| 10/20/1999 | | $5,000.00 | | N-187 | 313 | |
| 10/25/1999 | $280.00 | | | N-187 | 242 | |
| 10/26/1999 | | $5,000.00 | | N-187 | 312 | |
| 11/02/1999 | | $8,200.00 | | N-187 | 310 | |
| 11/09/1999 | | $10,000.00 | | N-187 | 307 | |
| 11/12/1999 | | $5,000.00 | | N-187 | 308 | |
| 11/19/1999 | | $10,000.00 | | N-187 | 251 | |
| 11/19/1999 | | $1,000.00 | | N-187 | 251 | |
| 12/04/1999 | $228.18 | | | N-187 | 254 | |
| 12/07/1999 | | $15,000.00 | | N-187 | 302 | |
| 12/16/1999 | | $5,000.00 | | N-187 | 299 | |
| 12/23/1999 | $500.00 | | | N-187 | 260 | |
| 12/23/1999 | | $15,000.00 | | N-187 | 298 | |
| 12/29/1999 | $675.00 | | | N-187 | 262 | |
| | **$29,668.23** | **$313,250.00** | **$342,918.23** | | | |

| Date | Petty Cash Account | Safe Account | Total | Bates # | Page # | Remarks |
|---|---|---|---|---|---|---|
| 01/04/2000 | $500.00 | | | N-187 | 261 | |
| 01/08/2000 | $600.00 | | | N-187 | 263 | |
| 01/11/2000 | | $2,000.00 | | N-187 | 294 | |
| 01/13/2000 | $1,000.00 | | | N-187 | 264 | |
| 01/18/2000 | | $10,000.00 | | N-187 | 294 | |
| 01/29/2000 | | $1,798.75 | | N-187 | 292 | |
| 01/31/2000 | | $2,000.00 | | N-187 | 292 | |
| 02/01/2000 | | $10,000.00 | | N-187 | 291 | |
| 02/08/2000 | | $8,100.00 | | N-187 | 290 | |
| 02/15/2000 | | $10,000.00 | | N-187 | 286 &284 | |
| 02/22/2000 | | $5,000.00 | | N-187 | 285 | |
| 02/25/2000 | | $5,000.00 | | N-187 | 296 | |
| 02/28/2000 | | $10,000.00 | | N-187 | 295 | |
| 03/07/2000 | | $5,000.00 | | N-187 | 283 | |
| 03/09/2000 | $300.00 | | | N-206 | 12 | |
| 03/14/2000 | | $4,500.00 | | N-187 | 281 | |
| 03/21/2000 | | $11,000.00 | | N-187 | 281 & 280 | |
| 03/21/2000 | | $1,000.00 | | N-187 | 279 | |
| 03/28/2000 | | $10,000.00 | | N-187 | 279 | |
| 03/30/2000 | $500.00 | | | N-206 | 14 | |
| 04/01/2000 | $500.00 | | | N-206 | 15 | |
| 04/04/2000 | $250.00 | | | N-206 | 15 | |
| 04/04/2000 | $1,000.00 | | | N-206 | 16 | |
| 04/07/2000 | $500.00 | | | N-206 | 17 | |
| 04/09/2000 | $500.00 | | | N-206 | 18 | |
| 04/11/2000 | $600.00 | | | N-206 | 18 | |
| 04/12/2000 | $500.00 | | | N-206 | 19 | |
| 04/14/2000 | $500.00 | | | N-206 | 20 | |
| 04/15/2000 | $170.00 | | | N-206 | 20 | |
| 04/17/2000 | $500.00 | | | N-206 | 21 | |
| 04/18/2000 | $500.00 | | | N-206 | 21 | |
| 04/18/2000 | $380.00 | | | N-206 | 22 | |
| 04/19/2000 | $500.00 | | | N-206 | 22 | |

| Date | Petty Cash Account | Safe Account | Total | Bates # | Page # | Remarks |
|---|---|---|---|---|---|---|
| 04/21/2000 | $500.00 | | | N-206 | 23 | |
| 04/22/2000 | $700.00 | | | N-206 | 24 | From Safe Acct, but don't have ledger for safe |
| 04/25/2000 | $1,000.00 | | | N-206 | 25 | |
| 04/27/2000 | $500.00 | | | N-206 | 26 | |
| 04/28/2000 | $500.00 | | | N-206 | 27 | |
| 05/01/2000 | $300.00 | | | N-206 | 27 | |
| 05/01/2000 | $500.00 | | | N-206 | 28 | |
| 05/03/2000 | $100.00 | | | N-206 | 29 | |
| 05/04/2000 | $200.00 | | | N-206 | 29 | |
| 05/05/2000 | $400.00 | | | N-206 | 29 | |
| 05/06/2000 | $200.00 | | | N-206 | 30 | |
| 05/08/2000 | $200.00 | | | N-206 | 30 | |
| 05/09/2000 | $900.00 | | | N-206 | 31 | |
| 05/11/2000 | $300.00 | | | N-206 | 32 | |
| 05/12/2000 | $300.00 | | | N-206 | 33 | |
| 05/13/2000 | $305.00 | | | N-206 | 33 | |
| 05/13/2000 | $100.00 | | | N-206 | 33 | |
| 05/15/2000 | $560.00 | | | N-206 | 34 | |
| 05/16/2000 | $500.00 | | | N-206 | 34 | |
| 05/19/2000 | $500.00 | | | N-206 | 36 | |
| 05/22/2000 | $500.00 | | | N-206 | 36 | |
| 05/23/2000 | $500.00 | | | N-206 | 37 | |
| 05/26/2000 | $300.00 | | | N-206 | 38 | |
| 05/27/2000 | $140.00 | | | N-206 | 39 | |
| 05/30/2000 | $700.00 | | | N-206 | 39 | |
| 06/03/2000 | $407.00 | | | N-206 | 40 | |
| 06/04/2000 | $580.00 | | | N-206 | 40 | |
| 06/07/2000 | $500.00 | | | N-206 | 41 | |
| 06/08/2000 | $100.00 | | | N-206 | 41 | |
| 06/09/2000 | $500.00 | | | N-206 | 42 | |
| 06/09/2000 | $500.00 | | | N-206 | 42 | |
| 06/13/2000 | $1,000.00 | | | N-206 | 43 | |
| 06/16/2000 | $200.00 | | | N-206 | 44 | |
| 06/19/2000 | $7.00 | | | N-206 | 44 | |

| Date | Petty Cash Account | Safe Account | Total | Bates # | Page # | Remarks |
|---|---|---|---|---|---|---|
| 06/19/2000 | $776.00 | | | N-206 | 44 | |
| 06/21/2000 | $400.00 | | | N-206 | 45 | |
| 06/22/2000 | $300.00 | | | N-206 | 46 | |
| 06/24/2000 | $300.00 | | | N-206 | 46 | |
| 06/26/2000 | $100.00 | | | N-206 | 47 | |
| 06/27/2000 | $200.00 | | | N-206 | 47 | |
| 06/27/2000 | $300.00 | | | N-206 | 47 | |
| 06/28/2000 | $200.00 | | | N-206 | 47 | |
| 06/29/2000 | $300.00 | | | N-206 | 48 | |
| 06/30/2000 | $300.00 | | | N-206 | 48 | |
| 07/02/2000 | $200.00 | | | N-206 | 49 | |
| 07/03/2000 | $200.00 | | | N-206 | 49 | |
| 07/04/2000 | $300.00 | | | N-206 | 49 | |
| 07/10/2000 | $400.00 | | | N-206 | 51 | |
| 07/10/2000 | $500.00 | | | N-206 | 51 | |
| 07/13/2000 | $100.00 | | | N-206 | 52 | |
| 07/14/2000 | $200.00 | | | N-206 | 52 | |
| 07/14/2000 | $500.00 | | | N-206 | 53 | |
| 07/17/2000 | $200.00 | | | N-206 | 53 | |
| 07/18/2000 | $613.00 | | | N-206 | 53 | |
| 07/19/2000 | $200.00 | | | N-206 | 54 | |
| 07/21/2000 | $990.00 | | | N-206 | 54 | |
| 07/25/2000 | $1,500.00 | | | N-206 | 55 | |
| 07/26/2000 | $995.00 | | | N-206 | 56 | |
| 07/27/2000 | | $2,000.00 | | N-206 | 72 | |
| 07/28/2000 | $200.00 | | | N-206 | 57 | |
| 07/29/2000 | $300.00 | | | N-206 | 57 | |
| 07/29/2000 | $1,000.00 | | | N-206 | 58 | |
| 08/01/2000 | | $2,000.00 | | N-206 | 72 | |
| 08/08/2000 | | $1,500.00 | | N-206 | 73 | |
| 08/14/2000 | | $1,500.00 | | N-206 | 73 | |
| 08/16/2000 | $200.00 | | | N-206 | 63 | |
| 08/22/2000 | | $1,500.00 | | N-206 | 74 | |
| 08/28/2000 | $200.00 | | | N-206 | 67 | |

| Date | Petty Cash Account | Safe Account | Total | Bates # | Page # | Remarks |
|---|---|---|---|---|---|---|
| 08/29/2000 | | $1,500.00 | | N-206 | 75 | |
| 09/04/2000 | | $200.00 | | N-206 | 75 | |
| 09/05/2000 | $110.00 | | | N-206 | 66 | |
| 09/05/2000 | | $1,500.00 | | N-206 | 75 | |
| 09/11/2000 | | $ 1,500.00 | | N-206 | 71 | |
| 09/12/2001 | | $ 50,000.00 | | N-206 | 89 | Pg. 92 shows 10-1-2000 |
| 10/24/2001 | | $ 25,000.00 | | N-206 | 96 | Pg. 92 shows 10-1-2000 |
| 11/15/2001 | | $ 25,000.00 | | N-206 | 101 | Pg. 92 shows 10-1-2000 |
| 12/18/2001 | | $ 25,000.00 | | N-206 | 105 | Pg. 92 shows 10-1-2000 |
| | **$35,883.00** | **$233,598.75** | **$269,481.75** | | | |
| | | | | | | |
| 01/13/2001 | | $ 15,000.00 | | N-206 | 77 | Pg. 86 note says Wed Feb 28 = 2001 year |
| 01/29/2001 | | $ 2,760.00 | | N-206 | 80 | Pg. 86 note says Wed Feb 28 = 2001 year |
| 02/01/2001 | | $ 20,000.00 | | N-206 | 82 | Pg. 86 note says Wed Feb 28 = 2001 year |
| 02/26/2001 | | $ 10,000.00 | | N-206 | 85 | Pg. 86 note says Wed Feb 28 = 2001 year |
| 07/23/2001 | $5,000.00 | | | N-205 | 863 | Other doc's in file were from 2001 |
| 08/07/2001 | $4,000.00 | | | N-205 | 863 | Other doc's in file were from 2001 |
| 08/09/2001 | $5,000.00 | | | N-205 | 863 | Other doc's in file were from 2001 |
| 08/18/2001 | $5,000.00 | | | N-205 | 868 | |
| 08/21/2001 | $3,000.00 | | | N-205 | 868 | |
| 08/24/2001 | $5,000.00 | | | N-205 | 863 | Other doc's in file were from 2001 |
| 08/24/2001 | $2,000.00 | | | N-205 | 868 | |
| 08/24/2001 | $2,000.00 | | | N-205 | 868 | |
| 08/30/2001 | $4,000.00 | | | N-205 | 868 | |
| | **$35,000.00** | **$47,760.00** | **$82,760.00** | | | |
| | | | | | | |
| 01/08/2002 | $72.00 | | | N-205 | 42 | |
| 01/14/2002 | $300.00 | | | N-205 | 43 | |
| 01/21/2002 | $300.00 | | | N-205 | 45 | |
| 01/28/2002 | $300.00 | | | N-205 | 44 | |
| 02/04/2002 | $100.00 | | | N-205 | 44 | |
| 02/06/2002 | $120.00 | | | N-205 | 34 | |
| 02/11/2002 | $60.00 | | | N-205 | 34 | |
| 02/18/2002 | $35.00 | | | N-205 | 34 | |

| Date | Petty Cash Account | Safe Account | Total | Bates # | Page # | Remarks |
|---|---|---|---|---|---|---|
| 02/25/2002 | $100.00 | | | N-205 | 33 | |
| 03/11/2002 | $85.00 | | | N-205 | 33 | |
| 10/01/2002 | $100.00 | | | N-205 | 19 | |
| 10/01/2002 | ($100.00) | | | | | BofA ...2936 Check #3880 |
| 10/11/2002 | $13.00 | | | N-205 | 19 | |
| 10/11/2002 | $68.00 | | | N-205 | 19 | |
| 10/11/2002 | ($68.00) | | | | | BofA ...2936 Check #3908 |
| 10/18/2002 | $80.00 | | | N-205 | 19 | |
| 10/18/2002 | ($80.00) | | | | | BofA ...2936 Check #3931 |
| 11/01/2002 | $100.00 | | | N-205 | 15 | |
| 11/01/2002 | ($100.00) | | | | | BofA ...2936 Check #3955 |
| 11/08/2002 | $98.00 | | | N-205 | 15 | |
| 11/08/2002 | ($98.00) | | | | | BofA ...2936 Check #3981 |
| 11/09/2002 | $50.00 | | | N-205 | 15 | |
| 11/13/2002 | $50.00 | | | N-205 | 14 | |
| 11/21/2002 | $50.00 | | | N-205 | 14 | |
| 11/21/2002 | ($50.00) | | | | | BofA ...2936 Check #4018 |
| 11/29/2002 | $87.00 | | | N-205 | 16 | |
| 11/29/2002 | ($87.00) | | | | | BofA ...2936 Check #4041 |
| 12/12/2002 | $71.00 | | | N-205 | 5 | |
| 12/12/2002 | ($71.00) | | | | | BofA ...2936 Check #4077 |
| 12/19/2002 | $75.00 | | | N-205 | 5 | |
| 12/19/2002 | ($75.00) | | | | | BofA ...2936 Check #4092 |
| 12/27/2002 | $75.00 | | | N-205 | 5 | |
| 12/27/2002 | ($75.00) | | | | | BofA ...2936 Check #4112 |
| | **$1,585.00** | **$0.00** | **$1,585.00** | | | |
| | | | | | | |
| 01/09/2003 | $75.00 | | | N-203 | 938 | |
| 01/09/2003 | ($75.00) | | | | | Check #4141 from BofA...2936 |
| 01/17/2003 | $100.00 | | | N-203 | 938 | |
| 02/07/2003 | $100.00 | | | N-203 | 942 | |
| 02/07/2003 | ($100.00) | | | | | Check #4237 from BofA...2936 |
| 02/24/2003 | $49.00 | | | N-203 | 942 | |
| 02/24/2003 | ($49.00) | | | | | Check #4272 from BofA...2936 |

Schedule of Petty Cash / Safe Account Ledgers  
Jarvis, Dana

J. Somera  
11-15-06

| Date | Petty Cash Account | Safe Account | Total | Bates # | Page # | Remarks |
|---|---|---|---|---|---|---|
| 03/21/2003 | $200.00 | | | N-203 | 944 | |
| 03/21/2003 | ($200.00) | | | | | Check #4347 from BofA…2936 |
| 04/11/2003 | $100.00 | | | N-203 | 947 | |
| 04/11/2003 | ($100.00) | | | | | Check #4407 from BofA…2936 |
| 04/25/2003 | $100.00 | | | N-203 | 947 | |
| 04/25/2003 | ($100.00) | | | | | Check #4449 from BofA…2936 |
| 06/13/2003 | $100.00 | | | N-203 | 952 | |
| 06/13/2003 | ($100.00) | | | | | Check #4559 from BofA…2936 |
| 07/06/2003 | $100.00 | | | N-203 | 1028 | |
| 07/07/2003 | ($100.00) | | | | | Check #4620 from BofA…2936 |
| 08/22/2003 | $100.00 | | | N-203 | 1027 | |
| 08/22/2003 | ($100.00) | | | | | Check #4734 from BofA…2936 |
| | $100.00 | $0.00 | $100.00 | | | |