UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                                  CR 05-1849 JH

DANA JARVIS, et al.,

    Defendants.

BY THE DIRECTION OF THE HONORABLE JUDITH C. HERRERA:

## NOTICE OF HEARING

    **PLEASE TAKE NOTICE** that this action is hereby set for a *James* hearing on the motions listed on page 2, before the Honorable Judith C. Herrera, on **MARCH 6, 2007 AT 9:30 A.M.** at the U.S. District Courthouse, 333 Lomas Blvd. N.W. Brazos Courtroom, 5th Floor, Albuquerque, New Mexico.

    Inquiries regarding this notice should be directed to Lincoln Sorrell, Deputy Clerk, at (505) 348-2398.

                                                MATTHEW J. DYKMAN, Clerk of Court

                                                                                    _____

**A copy of this was notice was mailed or electronically transmitted
to all movants and joiners as they are reflected on the Court's docket.**

| Filer | Title of Motion and Document # | File Date | Joiners |
|---|---|---|---|
| Greg Hill | M/Determination of Admissibility of Co-Conspirators' Statements [707] | 10-19-06 | Ayla Jarvis [718] |
| Dennis Wilson | Motion to Exclude the Admissibility of Co-Conspirator Statements [725] | 10-22-06 | D. Jarvis [741] |
| Dakota Fitzner | M/Co-conspirator Statement and Supporting Memo or for Brady Disclosure [730] | 10-20-06 | M. Kirwan [749] G. Hill [766] |
| Greg Hill | Amended M/Determination of Admissibility of Co-Conspirators' Statements [735] | 10-25-06 | A. Jarvis [718] |