IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 05-1849 JH |
| | ) | |
| DENNIS WILSON, | ) | 21 U.S.C. § 851:   Information |
| | ) | Charging Prior Conviction. |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

I, Larry Gomez, Acting United States Attorney for the District of New Mexico, do hereby accuse the defendant, Dennis Wilson (hereinafter referred to as "Wilson"), who has heretofore been charged by Superseding Indictment in this cause with violation of Title 21, United States Code, Section 846, of having been previously convicted of a felony drug offense. For the purpose of increasing the punishment under the Superseding Indictment herein, the United States will rely upon the conviction of Wilson in the United States District Court for the District of New Mexico cause number CR 90-480 JP, wherein Wilson was convicted of the felony drug offense of Conspiracy to Possess With Intent to Distribute More Than 50 Kilograms of Marijuana and Aiding and Abetting, contrary to 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(C), and 18 U.S.C. § 2. The Judgment in a Criminal Case was entered in that cause on August 15, 1991.

Therefore, the maximum penalty under Title 21, United States Code, Section 841(b)(1)(A) is a term of imprisonment of life with a minimum mandatory term of

imprisonment of twenty (20) years and a fine not to exceed the greater of twice that authorized in accordance with the provisions of Title 18, or $8,000,000.00, or both.  The sentence shall then include imposition of a term of supervised release of at least ten (10) years in addition to such term of imprisonment.

In violation of 21 U.S.C. § 851.

LARRY GOMEZ
Acting United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of August, 2007, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for defendant Dennis Wilson, Robert Gorence, to be served by electronic means.

/s/ James R.W. Braun

JAMES R.W. BRAUN
Assistant U.S. Attorney

2