IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **DANA JARVIS**, a/k/a Todd Ward, | ) | CRIMINAL NO. 05-1849 |
| **AYLA JARVIS**, | ) | |
| **JORGE LUIS ORTIZ-MOFFETT**, | ) | Count 1:  21 U.S.C. § 846 – |
| ROBERT DRISCOLL, | ) | Conspiracy to Distribute 1000 |
| **DENNIS COX**, | ) | Kilograms and More of Marijuana; |
| **MIKE HANNA**, | ) | |
| **RALPH GREENE**, a/k/a "RB," | ) | Count 2:  21 U.S.C. § 848 – |
| **GEORGE RIPLEY**, | ) | Continuing Criminal Enterprise; |
| **CATHY FITZGERALD**, | ) | |
| **DAVID REID**, | ) | Count 3:  18 U.S.C. § 1956(h) – |
| **PAT BERSSENBRUGGE**. | ) | Conspiracy to Launder Money; |
| **BARBARA HANNA**, | ) | |
| **GEORGE OSGOOD**, a/k/a "Mushroom | ) | Counts 4 - _:  18 U.S.C. |
| George," | ) | § 1956(a)(1)(B)(i) – Money |
| **GREG HILL**, | ) | Laundering; |
| **GENO BERTHOD**, a/k/a "Old Man," | ) | |
| **DAN CHOMYN**, a/k/a "Rocky," | ) | 18 U.S.C. § 982:  Criminal |
| **RUSSELL TRUJILLO**, a/k/a "Rusty," | ) | Forfeiture. |
| **MANUEL GIL**, | ) | |
| **SAM JONES**, | ) | |
| **SALVADOR ABEYTA**, | ) | |
| **BILL JONES**, a/k/a Charles Johnston, | ) | |
| MARY CANNANT | ) | |
| **ADRIAN SANFORD**, | ) | |
| **JOSH GAMBOA**, | ) | |
| | ) | |
| Defendants. | ) | |

## RELEASE OF NOTICE OF LIS PENDENS

The United States of America releases the Notice of Lis Pendens filed with the County

1

Clerk, County of Mora, State of New Mexico, on August 25, 2005, with respect to the property

located in Mora County, New Mexico, all of the lot or parcel of land, together with its buildings,

appurtenances, improvements, fixtures, attachments, and easements thereon.  A complete

description of real property is listed as follows:

A CERTAIN TRACT OF LAND WITHIN THE MORA GRANT, BEING
SITUATE IN SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14
EAST, NEW MEXICO, PRINCIPAL MERIDIAN, AND MORE
PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT FOR THE SECTION CORNER COMMON TO
SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, NEW
MEXICO PRINCIPAL MERIDIAN; THENCE DUE NORTH A DISTANCE
OF 847.82 FEET, THENCE S. 49°51'E., A DISTANCE OF 2614.45 FEET;
THENCE S. 42°58'w. A DISTANCE OF 2109.41 FEET, THENCE S.
59°09'E. A DISTANCE OF 371 FEET; THENCE S.70°54'E. A
DISTANCE OF 256.95 FEET; THENCE DUE NORTH A DISTANCE OF
2106.99 FEET TO THE POINT AND PLACE OF BEGINNING.
CONTAINING 82.044 ACRES, MORE OR LESS, TOGETHER WITH ALL
WATER RIGHTS AND EASEMENTS PERTAINING TO THE ABOVE
DESCRIBED PROPERTY.

LARRY GOMEZ
**United States Attorney**

Stephen R. Kotz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM  87103
Telephone: (505) 346-7274

Signed and sworn to before me this 12ᵗʰ day
of October, 2007 by Stephen R. Kotz
in Bernalillo County, New Mexico.

_Diana L. Contreras_
NOTARY PUBLIC

My Commission Expires:

_November 26, 2010_

| | | |
|---|---|---|
| COUNTY OF MORA | ) | RELEASE OF LIS PENDENS |
| STATE OF NEW MEXICO | ) ss | PAGES: 3 |

I Hereby Certify That This Instrument Was Filed for
Record On The 24TH Day Of October, 2007 at 09:41:43 AM
And Was Duly Recorded as Instrument # **20071242**
Of The Records Of Mora County

                              Witness My Hand And Seal Of Office
                              Charlotte R. Duran
Deputy _Christine M. Barela_    County Clerk, Mora, NM

N:\FAstor\Jarvis\Release LP MoraCounty.wpd