IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: CR 05 1849 JH |
| ) | |
| DENNIS WILSON, ) | |
| ) | |
| Defendant. ) | |

ENTRY OF APPEARANCE

    Louren Oliveros of Gorence & Oliveros, P.C., hereby enters her appearance on behalf of the Defendant, Dennis Wilson, in the above-styled cause.

                              Respectfully submitted,

                              Electronically filed: 11/30/07
                              Louren Oliveros
                              Gorence & Oliveros, P.C.
                              Attorneys for Defendant Dennis Wilson
                              201 12th Street NW
                              Albuquerque, NM 87102
                              (505) 244-0214   Fax (505) 244-0888

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been emailed by CM/ECF to all parties of record on this 30th day of November, 2007.

Electronically filed: 11/30/07
Louren Oliveros