## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO
### Clerk's Minutes
### Before the Honorable Judith C. Herrera

| | |
|---|---|
| Case Name: USA v. Jarvis, et al. | Case No.     CR 05-1849 JH |

Date:     March 27, 2008

| | |
|---|---|
| Courtroom Clerk:     Lincoln Sorrell | Court Reporter:   Paul Baca |
| Court in Session:     1:40 p.m. | Court in Recess:   **2:02 p.m.** |
| Total Court Time: 22 minutes | Type of Proceeding: Status Conference |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| James Braun<br>Steve Kotz | Gary Mitchell (for D. Jarvis present)<br>Jody Neal-Post (for D. Jarvis present)<br>Robert Gorence (for Wilson present)<br>Victor Sizemore (for Bill Jones present)<br>Rachel Higgins, Walter Nash II (by phone) for D. Reid (not present; waived)<br>Paul Lintenberger standing in for Billy Blackburn (for Greg Hill--not present; waived) |

| | |
|---|---|
| Court in Session: | **1:40 p.m.  Court in session.** |
| 1:50 p.m. | Mr. Braun addresses the Court; does not believe trial court has been divested of jurisdiction; not an appealable issue |
| | Mr. Gorence: Circuit needs to rule on motion to dismiss appeal; threshold jurisdictional issue. Ruling from Circuit would be fairly quick. |
| 1:52 p.m | Mr. Nash: agrees with Mr. Gorence. |
| 1:53 p.m. | Government replies; if Circuit hears merits briefing, appeal could take much longer. |
| 1:53 p.m. | Court: Orders briefing on whether this is an appealable issue. Friday, April 18, 2008 is deadline for Government to file brief; defense has until May 2, 2008 to file response. |
| 1:55 p.m. | Mr. Mitchell: what if Circuit decides it's appealable and trial court does not.  Court order on briefing stands. |
| 1:56 p.m. | Mr. Braun: most discovery has been turned over. |
| 1:58 p.m. | Court to Mitchell re: Motion to Reconsider.  Mitchell: divested of jurisdiction |
| 2:00 p.m. | Court makes inquiry as to whether defense is continuing to get discovery; Neil-Post: all wiretaps have been transcribed. |

**2:00 p.m.**          Mr. Sizemore notifies Ct. that he will file a Motion for Conditions of Release on behalf of his client Mr. Jones. No opposition from Probation & Govt. takes no position at this time.

**2:02 p.m**.          Ct. in recess.