IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                                 )<br>           Plaintiff,                              )<br>                                                                 )<br>      vs.                                              )<br>                                                                 )<br>DANA JARVIS, et al.,                       )<br>                                                                 )<br>           Defendants.                         )  | CR No. 05-1849 JH |

ORDER GRANTING THE UNITED STATES MOTION FOR LEAVE TO FILE SURREPLY
RE: "DEFENDANTS' JOINT MOTION TO DISMISS COUNT 3
OR IN THE ALTERNATIVE FOR A BILL OF PARTICULARS"(DOC. 905)

THIS MATTER having come before the Court upon the United States' Unopposed Motion for Leave to File Surreply Re: "Defendants' Joint Motion to Dismiss Count 3 or in the Alternative for a Bill of Particulars" (Doc. 905) and the Court being otherwise fully advised in the premises FINDS that the motion is well taken and should be granted.

NOW, THEREFORE, it is hereby ordered that the United States' may file its Surreply to Defendants' Joint Motion to Dismiss Count 3 or in the Alternative for a Bill of Particulars (Doc. 710).

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE