UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

*Clerk's Minutes*
*Before the Honorable Judith C. Herrera*

| | |
|---|---|
| **CASE NO.**  05-1849 JH | **DATE:** August 6, 2008 |
| **TITLE:** *USA v. Dana Jarvis, et al.* | |
| **COURTROOM CLERK:**  I. Duran | **COURT REPORTER:** P. Baca |
| **PROBATION/PRETRIAL SERVICES OFFICER:** None | |
| **COURT IN SESSION:** 9:49 A.M. | **COURT IN RECESS:** 10:33 A.M. |

**TOTAL COURT TIME**: 44 MINUTES

**TYPE OF PROCEEDING:**  Status Conference held

**COURT'S RULINGS/DISPOSITION:**  Ct. will set reset deadlines.  Govt. will submit response to deft Dana Jarvis' motion for release by 8/15/08.  Govt & Defense counsel will provide to the Court by 8/15/08 a list of pending motions requiring ruling.

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**

**DEADLINE FOR SUBMISSION OF ORDER TO COURT:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**

James R.W. Braun

Steve Kotz

**ATTORNEYS PRESENT FOR DEFENDANT(S):**

Gary Mitchell & Jody Neal-Post for Dana Jarvis

William Kirchner (telephonically) for David Reid

Billy Blackburn for Greg Hill & David Reid
Victor K. Sizemore for Bill Jones
Robert J. Gorence for Dennis Wilson
Scott Davidson
Richard Demarest, CJA - discovery

**PROCEEDINGS:**

9:49 AM   Court in Session.  Court calls case.

9:49 AM   All counsel enter their appearances.  Deft Dana Jarvis present.  Remaining defendants' appearances are waived by counsel.

9:49 AM   Defense Blackburn addresses Ct.

9:51 AM   Ct. makes inquiry of the Govt. re: Deft Jarvis 's Motion for Release.

9:51 AM   Govt. responds.

9:52 AM   Ct. confers with counsel on pending motions & defense counsel's suggestion of a settlement conference

9:54 AM   Defense Mitchell responds.

9:55 AM   Govt. responds

9:55 AM   Defense Mitchell replies.

9:56 AM   Ct. confers with counsel re: scheduling and trial date & length of trial.

9:57 AM   Govt. makes argument.

9:58 AM   Defense Mitchell makes argument.

10:06 AM Defense Blackburn makes his argument.

10:15 AM Defense Sizemore addresses the Ct. & concurs with Counsel Blackburn.

10:18 AM Gorence & Davidson concur with counsel Nash's motion re: scheduling.

10:19 AM Defense Post-Neal states her position.

10:20 AM Defense Nash highlights his status memo.

10:24 AM  Ct. makes inquiry re: disclosure of exhibit/witness list & wiretap calls.

10:24 AM Govt. responds.

10:26 AM Defense Gorence addresses Ct.

10:29 AM Blackburn reiterates his previous argument re: scheduling.

10:30 AM Ct. will consider all the arguments made by counsel & will set deadlines.

10:32 AM Mitchell re-addresses Ct..

10:32 AM Govt. informs the Court that a James hearing will take 3 days.

10:33 AM Ct. in recess.