**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs.**

                                              **CR No. 05-1849 JH**

**DANA JARVIS,**

        **Defendant.**

**NOTICE OF NON-AVAILABILITY**

Jody Neal-Post, co-counsel for Defendant Dana Jarvis, hereby gives notice of the non-availability of Suzanne Doucette, wiretap expert on behalf of CJA defendants on the following dates:

September 12, 2008 through Monday September 15, 2008;

September 17, 2008 through September 22, 2008;

October 15, 2008 commencing at 5:00 p.m. through October 20, 2008; and

November 3rd through November 12, 2008.

Presently there are no hearings scheduled that Ms. Doucette's non-availability will impact.

Respectfully submitted by:

*Electronically Filed*
*/s/*
        *September 10, 2008*
By_____
Jody Neal-Post, Esq.
317 Amherst SE
Albuquerque, NM 87106
(505) 268.7263

I hereby certify that a true and correct copy of
the foregoing pleading was delivered to opposing
counsel via the CM/ECF system this 10th of September, 2008.

***Electronically Filed***

_____
Jody Neal-Post