U.S.A. vs. Dana Jarvis, et al.
CR 05-1849
Cooperating Witness Statements:

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| 5/24/05 Interview: CW1 | 8. CW1 said that he was told by D. Jarvis that he (D. Jarvis) left a barbeque grill on and that it caught the porch on fire and then burned down the trailer last week.<br><br>11. CW1 said that D. Jarvis told him the money Ayla lost was from Hill (Ocho).<br><br>31. CW1 said that he took a load to Hill in Bloomington once on Interstate 40 and when D. Jarvis found out he was furious. D. Jarvis said that he had two loads of marijuana taken off within a week of one another on Interstate 70 within the last couple of years.<br><br>32. CW1 said that he was told that D. Jarvis had a friend in Tucson somewhere that had a very large floor safe that kept it [bulk cash] for D. Jarvis. |
| 8/11/05 Interview: CW1 | 5. CW1 said that he was told by D. Jarvis and Ayla Jarvis that she was in Indiana several months ago, took a wrong turn on the highway and was pulled over by the police.<br><br>14. CW1 heard there was some kind of disagreement with the Louisville based drug dealers. According to CW1, Hill told him that the son of the Louisville dealer had found another marijuana source that got the drugs at a cheaper price than what Jarvis could supply them for.<br><br>16. CW1 said that Jarvis told him *[when asked how he knew they were flying money and drugs in the aircraft]*.<br><br>18. Jarvis told him that when the money was seized from Ayla Jarvis in Bloomington, Reid called the police and told him it was his in an attempt to get the money released.<br><br>26. CW1 said that Jarvis told him that Nieto ran money from Albuquerque to Tucson for the organization. |
| 8/18/05 Interview: CW1 | 10. CW1 said that Jarvis told him he had been in the drug business for 35 years. |

U.S.A. vs. Dana Jarvis, et al.
CR 05-1849
Cooperating Witness Statements:

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| Interviews: 9/15/05, 10/3/05, 2/21/06: CW2 | 32.  Near the end of 2001 he heard from Jarvis that Austin was arrested with some other woman.  Later he heard John Nieto, Jarvis and Joseph Martin talking about the arrest together at the bar inside the club.  After Austin was released, CW2 said that he heard Nieto, Martin, Jarvis, and Austin discussing the situation inside the bar.  They said that he (Austin) got busted with all the money but that they should be able to get some of the money back.  Later CW2 said that Austin spoke to him directly and said that he got into some trouble but that "Dana" (Jarvis) was taking care of it. |

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| 11/2/05 Interview: CW3 | 17.  Jarvis told CW3 that he had caught Reid falsifying receipts for a prior trip.  After a different trip, CW3 was told (by Jarvis) to pay Reid $2,000 for flying them on a trip. |

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| 11/18/05 Interview: CW4 | 2.  During this first visit CW4 said that Jarvis told her he was a marijuana dealer, and had been in Boston doing "business". |
| | 16.  CW4 said that Jarvis told her he thought he was under investigation and needed a fake identification to "cover his ass." |
| | 22.  CW4 said that Jarvis wanted to retire from the marijuana distribution business, loved music and thought the nightclub would allow him to go "legit."  When asked why he didn't retire from the bulk marijuana distribution business, CW4 said he kept telling her he was "phasing out," (meaning getting out of the drug business) but he never did. |
| | 24.  CW4 said she was told to be quiet about his drug trafficking activities or "the Mexicans would come and kill her." |
| | 35.  CW4 said that Jarvis told her about the recent seizures of bulk cash including the seizure of bulk cash from his daughter Ayla Jarvis in the state of Indiana.  CW4 said that Jarvis also told her that Donald Trujillo was stopped with a load of bulk marijuana. |

U.S.A. vs. Dana Jarvis, et al.
CR 05-1849
Cooperating Witness Statements:

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| 12/27/05 Interview: CW5 | 13.  CW5 said that when Jarvis purchased Club Rhythm and Blues Jarvis told CW5 that "the place is weird, all the tables look like washing machines," CW5 explained that Jarvis meant the Club was used for the purpose of laundering drug money.<br><br>30.  CW5 said that Jarvis told him that he got in trouble with the authorities for having two driver's licenses in different names (Todd Ward/Dana Jarvis). |

| DEA 6  REPORT | STATEMENTS: |
|---|---|
| 10/3/05 Interview: CW6 | 16.  CW6 said that Jarvis told her "you know what I'm doing right?" CW6 said that Jarvis then explained that he was selling marijuana.<br><br>53.  CW6 said that Jarvis told her he used another name to avoid police detection. |

| DEA 6  REPORT | STATEMENTS: |
|---|---|
| 9/28/05 Interview: CW8 | 2.  CW8 said that he met Dana Jarvis later through Dennis Cox, and at the time Cox introduced Jarvis as the man he (Cox) was "working" for.<br><br>15.  CW8 said that Jarvis told him that A. Jarvis was stopped by the police and the police seized a large sum of money from her.<br><br>19.  CW8 said that Gil also told him that the marijuana was being taken to the trailer to be re-wrapped and packaged for transport. |
| 4/13/06 Interview: CW8 | 4.  CW8 had overheard conversations of Dana Jarvis telling Manuel Gil to take quantities of marijuana to "Doc" for storage.  Subsequent conversations with Jarvis indicated that "Doc" also sold marijuana to Jarvis from time to time. |

U.S.A. vs. Dana Jarvis, et al.
CR 05-1849
Cooperating Witness Statements:

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| 10/4/05 Interview: CW9 | 3. Berthod informed CW9 that Jarvis paid him 1% of the money he would pick up from marijuana distributors throughout the country. |

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| 4/19/06 & 7/13/06 & 11/2/06 Interview: CW10 | 9. CW10 said that Jarvis told her Austin and another woman were pulled over somewhere for the woman not wearing a seatbelt. Subsequent to the stop by the police, a large sum of money described as several hundred thousand dollars, was seized by the police that belonged to Jarvis.<br><br>10. CW10 said that Fitzner walked into the house with approximately $200,000, dumped it on the table, and said "Dana (Jarvis) is going to pay us to count this." |

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| 5/31/06 & 7/21/06 Interview: CW11 | 6. CW11 said that Jarvis told CW11 that Austin was stopped with a large sum of money in the state of Texas that belonged to Jarvis.<br><br>9. CW11 said that Jarvis did not want anything less than $300,000 transported to Hannah in Tucson because he didn't think it was worth it.<br><br>20. CW11 said that Jarvis told him that Wilson was the "number one guy who did the negotiations for product [bulk marijuana]."<br><br>27. CW11 said that Jarvis also told CW11 that Ripley stored bulk cash and transported bulk marijuana for the DTO.<br><br>32. CW11 said that Fitzner told him that he (Fitzner) used to transport "product" (bulk marijuana) for the DTO. |

4

U.S.A. vs. Dana Jarvis, et al.
CR 05-1849
Cooperating Witness Statements:

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| 4/10/06 & 4/11/06 Interview: CW12 | 9. CW12 said that Jarvis told him that he had been in the marijuana trade for most of his life.  Jarvis told CW12 he believed in personal liberties, and the right of an individual to consume any plant they want to consume.  Jarvis told CW12 that his father and grandfather were bankers and that early on Jarvis chose not to work in the "clean cut banking industry."  Jarvis said that he had a van, a girlfriend, two pounds of pot, and he "went for it."  CW12 said that Jarvis told him "I'm not one of these A level guys, I'm a B level guy" meaning that he (Jarvis) was not a high level drug trafficker, but a notch below.   Jarvis did tell CW12 that "you are a clean cut guy, well spoken, and I could really use your help in this."  CW12 said that Jarvis told him "this kind of work pays really well.  One can work a couple of days and have enough to live on the rest of the month."<br><br>11.  CW12 said that Chomyn returned the keys to the van and said "there is a package behind the seat and send my regards to Dana."<br><br>12.  CW12 said he was instructed to meet with Joseph Martin as Martin was "running the Tucson operations."<br><br>12. CW12 said that Chomyn told him that "they had come to a decision," and that the rest of the marijuana, minus the one bale that Chomyn inspected, had to go East.  CW12 said Chomyn asked him if he was ok to drive the marijuana East.  Chomyn relayed instructions from JARVIS to drive the marijuana to Ft. Wayne, Indiana and to call a specific number once he arrived.<br><br>15.  CW12 said he told Jarvis this and Jarvis replied, "someone I know thinks he stole something."  CW12 said it was clear the "something" was a load of marijuana.<br><br>16.  Jarvis told CW12 that he thought C. COX stole something and that it was being stored in a shed someplace in Michigan.<br><br>25.  CW12 said that after the money was seized from Berthod, Jarvis called CW12 and told him, "Cash was seized from old man."<br><br>42.  CW12 said that Jarvis told him, "I tried to get Rafel [Mistrzak] into the Columbus market." |

| | |
|---|---|
| 4/10/06 & 4/11/06<br>Interview: CW12 | 54. CW12 said that Jarvis told him that Trujillo was pulled over in Arizona with a load of marijuana.<br><br>60. CW12 said that when Jarvis took over the club he told CW12 that "when I came into the club I saw all those tables and saw washing machines."<br><br>60. Jarvis told CW12 "Nieto use to run it (CRB) like a boot camp, I run it like summer camp."<br><br>62. Jarvis told CW12 "I'm looking for someone to bring in the pay checks"<br><br>63. CW12 said that Jarvis told him "I loaned the Honda to Rafel... the only reason for a small car is to transport money... this car was for Rafel to move money in, how would you like this job?"<br><br>64. CW12 said that he could rent a mini-van to move product for Jarvis and Jarvis told him "I'm not sending it in mini-vans anymore." CW12 said that Jarvis explained that the mini-vans were getting pulled over by police too often. Jarvis then explained that he was transporting the bulk marijuana in construction vehicles/trucks with hidden compartments which were covered with tools and gravel. Jarvis explained that the best place to hide things was in the open.<br><br>65. CW12 said he ran into Bill Jones and Jones said he was "hoping Dana (JARVIS) would call him and give him one of those high paying jobs."<br><br>66. CW12 said that DonaldTrujillo was required to drop the load of marijuana at the Bernalillo house because several weeks or months before Trujillo had a load of marijuana stolen from his garage at his Santa Fe residence and Jarvis did not trust him. When asked how he knew this information, CW12 said that Jarvis told him about the theft of marijuana and his reluctance to have Trujillo transport loads of marijuana for his DTO.<br><br>69. In the fall of 2004, CW12 said he was living at the Ash Street address when Jarvis called him and said, "I was wondering if you could help me with something." Jarvis explained to CW12 that someone dropped something off at the Bernalillo house and there is something wrong with it. Later CW12 said he met with Jarvis at a bar in Albuquerque and Jarvis explained to CW12 that the "buyers" were having trouble moving (selling) the large bales of marijuana. Jarvis said he needed smaller bales so the "buyers" could "turn the marijuana around faster," meaning the buyers could sell the bulk marijuana faster if it was packaged in smaller units. Jarvis then asked CW12 to go to the Bernalillo house to break up the marijuana into smaller sizes. Jarvis told CW12 that he would need wide clear plastic wrap, an accurate scale, clean tarps, and set up a space where he could work. |

| | |
|---|---|
| 4/10/06 & 4/11/06<br>Interview: CW12 | 72. CW12 said that when he went to Arizona and went to the burned trailer on Lazy Bee Lane. CW12 said there was a large hole in the ground and Jarvis told him, "we call it little house under the prairie."<br><br>74. CW12 said that Reid handed Jarvis a manila envelope with $12,000 in it. When asked how CW12 knew there was $12,000 in the envelope, CW12 said Jarvis was not secret about it and he said "finally we are getting some money in."<br><br>75. Later, after CW12 returned to Albuquerque he said that Sanford and Jarvis called him and said, "we got bad news... our buddy got pulled over," referring to the arrest of Donald Trujillo in Nebraska.<br><br>77. CW12 said he and Sanford were assigned to re-weigh the marijuana and to purchase a dozen suitcases of differing sizes and colors. When asked why he was ordered to purchase the suitcases, CW12 explained that Reid was going to fly the marijuana to its destination and Reid was very detail oriented and somewhat nervous about the trip. CW12 said that Reid wanted to make sure everything looked normal and by packaging the marijuana in suitcases this satisfied Reid's request of Jarvis. CW12 said that Reid was concerned about appearances and Jarvis was concerned about making Reid happy. CW12 said that Jarvis told him "we have a request that things be packaged in suitcases." |

U.S.A. vs. Dana Jarvis, et al.
CR 05-1849
Cooperating Witness Statements:

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| 7/14/06 Interview: CW13 | 14. Chomyn called CW13 and told him that JARVIS "was very pissed off." Jarvis told Chomyn to tell CW13 "you tell that son of a bitch I know where he lives." <br><br> 17. CW13 said that Chomyn told him that an individual that drove things died and a friend of his was in need of his services. Two days later, Chomyn asked CW13 if he could drive to Albuquerque to meet the boss (Jarvis). On the trip to Albuquerque, Chomyn told CW13 that his new job would require him to transport bulk marijuana from Denver, Colorado to the Midwest and East Coast of the United States. Chomyn was to receive a percentage of CW13's profits. CW13 said that Chomyn said that was how business was done because he (Chomyn) was referring CW13 to Jarvis. CW13 said about a week later, Chomyn called him and told him that Jarvis liked him and that he got the job. <br><br> 18. CW13 said that Chomyn told him there was a formula used to pay him that involved mileage driven and weight of marijuana transported. Later, Jarvis told CW13 that Chomyn was taking too much money for himself and that CW13 should ask Chomyn for a raise. <br><br> 20. When asked if he ever transported bulk cash from the East Coast (Boston), CW13 said no because it took a long time to collect and that Jarvis had another group of people who picked up the money that Jarvis called "the girls." <br><br> 23. CW13 said that at the time CW13 was driving a load of marijuana from Denver to Bloomington, Indiana when Jarvis called him on his cellular telephone and told CW13 that he just flew past him. <br><br> 23. Jarvis introduced him to Ayla Jarvis and said Ayla Jarvis made an illegal U-Turn and had money seized from her. <br><br> 31. CW13 said that Hill and Jarvis told him the girls were money handlers. |

U.S.A. vs. Dana Jarvis, et al.
CR 05-1849
Cooperating Witness Statements:

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| 10/24/06 Interview: CW14 | 7. CW14 said that Jarvis told him he had a formula for paying drug couriers.<br><br>10. CW14 said that Jarvis told him that he (Jarvis) had lent so many people money that the only way to get the money back was to have them "work it off" for the organization. |

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| 11/14/06 Interview: CW15 | 5. CW15 said that Jarvis called her and asked her to meet him in Tucson. When he met her Jarvis told CW15 that he was "trafficking pot" and the easiest way to pay off her $5,000 debt to him was to help him wrap bulk marijuana loads.<br><br>12. CW15 said that Jarvis told her that the property had been in Jarvis's alias name of Todd Ward but "something happened with that alias and Dana needed to get the property in another name."<br><br>18. CW15 commented about the neat writing in the books one day to Jarvis and Jarvis told her it was Ayla's writing.<br><br>19. Jarvis told CW15 that Old Man lived in Colorado and transported bulk marijuana "further East."<br><br>19. CW15 said C. Fitzgerald worked in Santa Fe and that she was told, by Jarvis, that bulk marijuana was stashed at her Santa Fe residence and that she also transported bulk marijuana. |

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| 12/15/06 Interview: CW16 | 8. CW16 said that Jarvis approached him, told him a little bit about his drug organization, and wanted CW16 to accept his offer to work for his DTO.<br><br>18. CW16 said right after he returned he was asked to drive to Tucson with his truck. CW16 said that Jarvis told him that there was a guy that "has a load going to the place you just were." After the young man left, Jarvis told CW16 "that's who's load it is." [referring to Casey Cox]. |

U.S.A. vs. Dana Jarvis, et al.
CR 05-1849
Cooperating Witness Statements:

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| 1/24/07 Interview: CW17 | 9.  CW17 said that her father used to call the underground storage at the trailer in Tucson his "little house under the prairie." <br><br> 15.  She said her father "flipped out on her" because she was getting a better product at a better price.  She said her father tried to keep her down saying "you can't come up that fast." <br><br> 18.  CW17 said she had only met C. Cox once or twice in Tucson, but learned from her father that C. COX had a storage facility in Columbus, Ohio to store bulk marijuana.  CW 17 said that it was "Fred and Fuzzies" warehouse.  She said that Fred and Fuzzy were originally C. Cox's "people" but her father took over the connection/storage facility as it was tied to the Columbus (drug) market. <br><br> 23.  She said that Hill told her that he had requested Dana Jarvis send "family members" to meet with him to collect money but he didn't necessarily mean actual "family members." <br><br> 27.  CW17 said the duffel bag that contained the money wreaked of marijuana and Reid told her "if this is what your bag smelled like, no wonder it got seized." She said the duffel bag was a shoulder sling type bag that Reid told her came from Ripley. <br><br> 28.  CW17 said that her father asked Reid if they could fly product aboard the aircraft and Reid told her father that it had to look "normal, like luggage." <br><br> 31.  She said that Hill told them that "the people in Louisville are not happy with the quality of the product." <br><br> 41.  CW17 said that when she was 11 her father purchased the night club.  She said that he told her "I'm in the clear now." |

| DEA 6 REPORT | STATEMENTS: |
|---|---|
| 11/15/06 Interview: CW18 | 28.  CW 18 said that Jarvis told him they only got $30,000 back from the car stop. <br><br> 38.  CW18 said that Jarvis told him sometimes he would collect money from Osgood. |