IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Criminal No.  05-1849 JH |
| | ) |
| DANA JARVIS, | ) |
| | ) |
| *Defendant,* | ) |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| *Third Party Petitioner.* | ) |

**ENTRY OF APPEARANCE AND NOTICE OF CLAIM REGARDING
REAL PROPERTY 1440 CALLE CIELO VISTA**

Third Party Petitioner, Wells Fargo Bank, N.A., through its counsel, D. Renae Richards

Charney, hereby enters its appearance and submits its Notice of Claim, set forth as follows:

1.      Wells Fargo Bank, N.A. claims an interest in the property described as follows:

1440 Calle Cielo Vista, Bernalillo, New Mexico, which is more particularly described as

follows:

> TRACT LETTERED "C", OF THE SCHLAKS ADDITION, AS THE SAME IS SHOWN AND
> DESIGNATED ON THE PLAT ENTITLED "TRACTS A THROUGH D, SCHLAKS ADDITION,
> SANDOVAL COUNTY, NEW MEXICO," FILED IN THE OFFICE OF THE COUNTY CLERKS
> OF SANDOVAL COUNTY, NEW MEXICO ON JULY 17, 1978, IN PLAT BOOK 2, FOLIO
> 237-B.

2.      This property is the subject of New Mexico State Court foreclosure action, *Wells

Fargo v. Jarvis*, No. D-1329-CV-200701307.

3.      D. Renae Richards Charney, hereby enters her appearance as counsel of record for

Wells Fargo Bank, N.A., for the purpose of asserting its claim to the property.

Respectfully submitted,


Electronically filed 9/2/2009
D. RENAE RICHARDS CHARNEY
Castle Meinhold & Stawiarski
999 18th St., Suite 2201, Bin 1
Denver, CO 80202
(800) 286-0013; (303) 285-2222

I HEREBY CERTIFY that on September 1, 2009, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Electronically filed 9/1/2009
D. Renae Richards Charney
Attorney for Wells Fargo Bank, N.A.