# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )    | |
| Plaintiff,    ) | |
| )    | |
| vs.    ) | Case Number: CR 05 1849 JH |
| )    | |
| DENNIS WILSON,    ) | |
| )    | |
| Defendant.    ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING OF OCTOBER 29, 2009

The Defendant, Dennis Wilson, by his attorney, Robert J. Gorence of Gorence & Oliveros, P.C., moves this Court to enter an order continuing the sentencing hearing scheduled in this case on October 29, 2009. As grounds for this motion, Defendant states as follows:

1. United States Probation Officer Anthony Galaz needs to re-interview Mr. Wilson about his dramatically worsened health situation and the resulting financial difficulty that his health has caused. Mr. Galaz has informed undersigned counsel that he will amend the Pre-Sentence Report after he receives the new medical releases and financial information.

2. The parties request that the sentencing be continued for a period of 70 days.

3. Assistant United States Attorney James Braun has been contacted and does not oppose this motion.

WHEREFORE, Dennis Wilson respectfully requests that this Court enter an order continuing the sentencing hearing scheduled on October 29, 2009.

Respectfully submitted,

Electronically filed: 10/23/09
Robert J. Gorence
Gorence & Oliveros, P.C.
Attorney's for Defendant
201 12th Street NW
Albuquerque, NM 87102
(505) 244-0214   Fax (505) 244-0888

I HEREBY CERTIFY that a true and correct copy of the foregoing has been emailed by CM/ECF to counsel of record on this 23rd day of October, 2009.

Electronically filed: 10/23/09
Robert J. Gorence