# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                             )<br>            Plaintiff,                     )<br>                                                             )<br>vs.                                                      )<br>                                                             )<br>DENNIS WILSON,                      )<br>                                                             )<br>            Defendant.                 ) | Case Number: CR 05 1849 JH |

### UNOPPOSED MOTION TO CONTINUE
### SENTENCING HEARING OF JANUARY 14, 2010

The Defendant, Dennis Wilson, by his attorney, Robert J. Gorence of Gorence & Oliveros, P.C., moves this Court to enter an order continuing the sentencing hearing scheduled in this case on January 14, 2010.  As grounds for this motion, Defendant states as follows:

1. Undersigned counsel has just received Mr. Wilson's pre-sentence report.

2. The pre-sentence report will need to be supplemented with updated medical records which were just produced to United States Probation Officer Anthony Galaz.

3. Undersigned counsel will need to file objections to the supplemented pre-sentence report once it is received.

4. Assistant United States Attorney James Braun has been contacted and does not oppose this motion.

WHEREFORE, Dennis Wilson respectfully requests that this Court enter an order continuing the sentencing hearing scheduled on January 14, 2010.

        Respectfully submitted,

        Electronically filed: 01/07/10
        Robert J. Gorence
        Gorence & Oliveros, P.C.
        Attorney's for Defendant
        201 12th Street NW
        Albuquerque, NM 87102
        (505) 244-0214   Fax (505) 244-0888

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been emailed by CM/ECF to counsel of record on this 7th day of January, 2010.

Electronically filed: 01/07/10
Robert J. Gorence