IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Criminal No. 05-1849 JH

DANA JARVIS, et.al.,

    Defendants.

### RELEASE OF NOTICE OF LIS PENDENS

The United States of America releases the Notice of Lis Pendens filed with the Office of the County Clerk, County of Santa Fe, State of New Mexico, on August 25, 2005, with respect to the property located at 3 Dovela Place, Santa Fe, New Mexico all of the lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. A complete description of real property is listed as follows:

> LOT 2, BLOCK 6, ELDORADO AT SANTA FE SUBDIVISION, UNIT 2 AS SHOWN ON PLAT FILED IN THE OFFICE OF THE COUNTY CLERK, SANTA FE COUNTY, NEW MEXICO, ON JULY 10, 1972, RECORDED IN PLAT BOOK 26, PAGES 29-34, AS DOCUMENT NO. 344, 885.

GREGORY R. FOURATT
United States Attorney

STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274

Signed and sworn to before me this 5th day of April, 2010 by Stephen R. Kotz in Bernalillo County, New Mexico

_____
NOTARY PUBLIC

My Commission Expires:
November 26, 2010

SFC CLERK RECORDED 04/30/2010