IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                             )<br>         *Plaintiff,*                                 )<br>                                                             )<br>   vs.                                                   )     CR No.  05-1849 JH<br>                                                             )<br>DANA JARVIS, et.al.,                        )<br>                                                             )<br>         *Defendant.*                            ) | |

**NOTICE OF PUBLICATION**

Notice of Forfeiture was published on www.forfeiture.gov for at least 30 consecutive days beginning on April 15, 2011, as evidenced by the attached Declaration of Publication.

                          Respectfully submitted,

                          KENNETH J. GONZALES
                          United States Attorney

                          *Electronically filed May 26, 2011*
                          STEPHEN R. KOTZ
                          CYNTHIA L. WEISMAN
                          Assistant U.S. Attorneys
                          P.O. Box 607
                          Albuquerque, New Mexico 87103
                          (505) 346-7274

I HEREBY CERTIFY that on May 26, 2011, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

 */s/*                        
STEPHEN R. KOTZ
Assistant U.S. Attorney