IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|              ) | |
|     *Plaintiff,*      ) | |
|              ) | |
| vs.             ) | CR No.  05-1849 JH |
|              ) | |
| DANA JARVIS, et.al.,       ) | |
|              ) | |
|     *Defendant.*     ) | |

**FINAL ORDER OF FORFEITURE
REGARDING ($49,145.18) WELLS FARGO BANK ACCOUNT NO.7692176673**

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture regarding the United States currency, funds, or other monetary instruments credited to account number 7692176673 ($49,145.18), located at Wells Fargo Bank.  The Court, being fully advised in the premises, finds that the motion is well taken and that this matter is ripe for final disposition.

1.  On April 1, 2011, this Court entered a Preliminary Order of Forfeiture, Doc. 1998, forfeiting Wells Fargo Bank Account No.7692176673 ($49,145.18) to the United States.

2. Pursuant to the Consent Preliminary Order of Forfeiture, the United States seized Wells Fargo Bank Account No. 7692176673, which consisted of $49,145.18.

3.  The United States duly published a notice of criminal forfeiture on an official government internet site at www.forfeiture.gov for at least 30 consecutive days, from April 15, 2011 through May 14, 2011 with respect to the Wells Fargo Bank Account No.7692176673, Doc. 2025.

4. No Third Party Claims for adjudication were filed pursuant to 21 U.S.C.

§853(n).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982 and Fed.R.Crim.P. 32.2(c)(2) that all right, title and interest in Wells Fargo Bank Account No.7692176673 consisting of $49,145.18, is forfeited to the United States, and title thereto is vested in the United States.

*Judith C. Herrera*
JUDITH C. HERRERA
United States District Judge

SUBMITTED BY:

*Electronically submitted 7/26/11*
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant United States Attorneys