IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff,* )<br>)<br>vs. )<br>)<br>DANA JARVIS, et.al., )<br>)<br>*Defendant.* ) | CR No.  05-1849 JH |

**NOTICE OF PUBLICATION**

Notice of Forfeiture was published on www.forfeiture.gov for at least 30 consecutive days beginning on September 29, 2011, as evidenced by the attached Declaration of Publication.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

*Electronically filed January 12, 2012*
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on January 12, 2012, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

*/s/*
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys