| U.S Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S Marshal"<br>on the reverse of this form. |
|---|---|

CR-05-1849  POSTED

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>**05cr1849 JCH** |
|---|---|
| DEFENDANT<br>Dana Jarvis, et.al. | TYPE OF PROCESS<br>*Final Disposition* |

JDIS 39

2012 FEB -7  PM 3:19  RECEIVED MARSHALS SERVICE ALBUQUERQUE NEW MEX

| SERVE ▶ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Stephen R. Kotz /Cynthia L. Weisman<br><br>Assistant United States Attorney<br><br>P.O. Box 607<br><br>Albuquerque, NM 87103 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telphone Numbers, and Estimated Times Available For Server):
Fold                                                                                           Fold

1. As per the attached Final Order of Forfeiture the net proceeds, $4,500 (06-DEA-467106), is forfeited to the United States. Please dispose according to law.

2. Return completed copies for filing.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(505) 346-7274 | DATE<br>02/06/12 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 51 | District to Serve<br>No. 51 | Signature of Authorized USMS Deputy or Clerk<br>*Cathy Pascinto* | Date<br>2-7-12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporattion, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|
| Address (complete only if different than shown above) | Date of Service 2-9-12      Time 2:00 pm |
| | Signature of U.S. Marshal or Deputy<br>*Cathy Pascinto* |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

TR to ATF

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 |
|---|---|---|