IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | CR No.  05-1849 JH |
| ) | |
| DANA JARVIS, et.al., ) | |
| ) | |
| *Defendants.* ) | |

**AMENDED FINAL ORDER OF FORFEITURE
REGARDING COMPASS BANK ACCOUNT AND FIREARMS**

This matter comes before the Court on the United States' Motion for Amended Final

Order of Forfeiture regarding:

all United States currency, funds, or other monetary instruments credited to Compass Bank ($25,056.74 and $16,523.75) Account No. 87080587 in the name of Continental Steel West Corp.,

and the following items:

a. S&W Police Positive 38 Special Blue #984343;
b. Ruger Single-Six Revolver 22 Cal Blued #60-82674;
c. Charter Arms 22LR Revolver Blued Model 2223 #678546;
d. Ruger MK II 22LR 6-inch Barrel Auto #18-32192;
e. Ruger MK I 22LR 4-inch Barrel Auto 12-28823;
f. Ruger MK I 22LR 6-inch Barrel Auto #11-47070;
g. Grinder P-10 CAL 380 Auto Parkerized (no serial number);
h. Cobray Mac II 9MM Cal #89-0016803;
i. Daisy Mod 722 Air Pistol .22 Cal #J2-42820;
j. RWS Model l5G Air Pistol .177 Cal #590276;
k. Chinese SKS 7.62 Cal 180793;
l. Chinese SKS 7.62 Cal 710136;
m. Chinese Norinco MHM90 7.62 Cal #MS500847;
n. Ruger Mini 14 Stainless Folder 223 Cal #183-63246;
o. Daisy BB Gun Model 845 (no serial number);
p. Chinese Air Rifle .22 Cal #0311947;
q. "Thumper" 37 mm Flare Launcher (no serial number);
r. Winchester Model 1300 Pump "Defender" #L2877309; and
s. HK USP 40 Cal Pistol Serial No. 22-330455;

(Hereafter referred to as "Subject Property")
  The Court, being fully advised in the premises, finds that the motion is well taken and

that this matter is ripe for final disposition.

    1. On April 11, 2011, this Court entered a Preliminary Order of Forfeiture (Doc. 1997) forfeiting to the United States all right, title and interest in the account and firearms (a) through (r) listed above, but inadvertently excluded the firearm listed as (s) HK USP 40 Cal Pistol Serial No. 22-330455.

    2. The United States duly published a notice of criminal forfeiture (Docs. 2026 and 2063) of the account and of items (a) through (s) listed above on an official government internet site at www.forfeiture.gov for at least 30 consecutive days, from April 15, 2011 through May 14, 2011 and August 2, 2011 through August 31, 2011 with respect to the Subject Property.

    3. No Third Party Claims for adjudication were filed pursuant to 21 U.S.C. § 853(n) for the Subject Property.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982 and Fed.R.Crim.P. 32.2(c)(2) that all right, title and interest in the Subject Property is forfeited to the United States, and title thereto is vested in the United States.

*[signature]*
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

  *Electronically submitted February 13, 2012*
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant United States Attorneys

APPROVED BY:

*Approved by telephone February 10, 2012*
JAMES A. BAIAMONTE
Counsel for Defendant Mike Hannah